David M. Goodrich
  *dgoodrich@go2.law*
650 Town Center Drive. Suite 600
Costa Mesa, CA 92626
Telephone: (714) 966-1000

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>LA COSTA LIVING ESTATES, LLC,<br><br>　　　　Debtor. | Case No.  2:22-bk-14961-DS<br><br>Chapter 7<br><br>**APPLICATION BY CHAPTER 7 TRUSTEE TO EMPLOY PRIME EQUITY PROPERTIES, INC. AS REAL ESTATE BROKER TO MARKET AND SELL REAL PROPERTY; DECLARTION OF DAVID M. GOODRICH; STATEMENT OF DISINTERESTEDNESS IN SUPPORT THEREOF**<br><br>[0 Sky Loft Road, Encinitas, California 92024]<br><br>　[No Hearing Required Unless Requested] |

**TO THE HONORABLE DEBORAH J. SALTZMAN, UNITED STATES BANKRUPTCY JUDGE; THE OFFICE OF THE UNITED STATES TRUSTEE; THE DEBTOR, ITS COUNSEL AND ALL OTHER INTERESTED PARTIES:**

David M. Goodrich, the duly appointed, qualified, and acting chapter 7 trustee ("Trustee") of the bankruptcy estate ("Estate") of LA Costa Living Estates, LLC ("Debtor"), requests authority to employ Prime Equity Properties, Inc. ("Broker") to act as the Trustee's real estate broker to market, and if appropriate, sell vacant, undeveloped real property located at 0 Sky Loft Road, Encinitas, California 92024 ("Property").

1    This Application is brought in accordance with 11 U.S.C. §§ 327(a) and 328(a), Federal

2  Rule of Bankruptcy Procedure 2014, and Local Bankruptcy Rule 2014-1(b), and is made on the

3  grounds that the Broker does not hold or represent an interest adverse to the Estate, and the Broker

4  is disinterested as required by 11 U.S.C. §327(a).

5    The resume of Todd Frelinger ("Agent"), the agent for the Broker who will be primarily

6  responsible for marketing the Property for sale, is attached hereto as **Exhibit 1**.  The Trustee

7  desires to employ the Broker on the terms and conditions stated in the Listing Agreement and

8  Addendum (collectively "Listing Agreement") attached hereto as **Exhibit 2**.

9    This Application is based on the attached Memorandum of Points and Authorities, the

10  Declaration of David M. Goodrich ("Goodrich Dec."), the Statement of Disinterestedness, and the

11  exhibits attached hereto.

12    **WHEREFORE**, the Trustee respectfully requests that the Court enter an order:

13    1.    Authorizing the Trustee to employ the Broker as the Estate's real estate broker, on

14  the terms and conditions set forth in this Application pursuant to the Listing Agreement, including,

15  but not limited to, those terms relating to compensation for the Broker, under the standards set

16  forth in 11 U.S.C. §§ 327(a) and 328(a) at the expense of the Estate, without the necessity of a

17  separate fee application; and

18    2.    Granting such other relief as the Court deems just and proper.

19

20  Dated: December 7, 2022                    /s/ David M. Goodrich
                                            David M. Goodrich
21                                          Chapter 7 Trustee

22

23

24

25

26

27

28

2

1

## MEMORANDUM OF POINTS AND AUTHORITIES

2

## I.

3

## INTRODUCTION

4  **A.    Background Facts**

5       The Debtor filed a Chapter 11 petition on September 12, 2022.  *See* Docket No. 1.[1]    The

6  case was converted to Chapter 7 on or about October 27, 2022.  *See* Docket 42.  Thereafter, David

7  M. Goodrich was appointed as the Chapter 7 Trustee.  *See* Docket No. 43

8       According to the Debtor's schedules, the Debtor held an interest in real property located at

9  0 Sky Loft Road, Encinitas, California, 92024 ("Property") on the petition date.  *See* Docket No.

10  18, Schedule A/B.  The Debtor scheduled secured claims of Royal Trust ("Royal") in the amount

11  of $529,166.69, Shaefer Financial Services ("Shaefer") in the amount of $392,58.25, Erza

12  Soumekh ("Erza") in the amount of $317,500.00, Mehran Damavandi ("Mehran") in the amount

13  of $423,333.31, Siamak Arghavanivard ("Siamak") in the amount of $687,926.69, and The Katrin

14  & Ramin Khalepari Revocable ("Katrin") in the amount of $504,166.67.  See Docket No. 18,

15  Schedule D.

16       Subject to Court approval, the Trustee seeks authorization to employ the Broker on the

17  terms and conditions of the Listing Agreement.  *See* **Exhibit 2** hereto.   Based upon an expected

18  sale price of $7,000,000.00, the Trustee believes a sale of the Property will benefit creditors of the

19  Estate.

20  **B.    The Property and Proposed Employment Of Broker**

21       The Resume of Mr. Frelinger, who will be primarily responsible for marketing the

22  Property for sale is attached hereto as **Exhibit 1**. The Trustee desires to employ the Broker on the

23  terms and conditions stated in the Listing Agreement attached hereto as **Exhibit 2**.  The Broker

24  has not received and will not receive a retainer in connection with the proposed retention. Pursuant

25

26  _____

27  [1] The Trustee requests the Court take judicial notice of its docket, the filing date of certain
pleadings on its docket and the admissions of the Debtor made under oath in its schedules.

28

1  to the Listing Agreement, the Broker's commission will be six percent (6%) of the purchase price

2  for the Property.

3       This Application requests only that the Court approve the Trustee's employment of the

4  Broker under 11 U.S.C. §§ 327(a) and 328(a).  This Application does not request authorization to

5  sell the Property under 11 U.S.C. §363.  If and when the Trustee is in a position to sell the

6  Property, the Trustee will request authority to do so by filing a separate motion with the Court,

7  which motion will describe the terms and conditions of the proposed sale transaction, etc. Notice

8  of such a motion will be served on creditors and other parties in interest of the Estate.

9  **II.**

10  **THE COURT SHOULD AUTHORIZE THE TRUSTEE TO EMPLOY THE BROKER**

11  **A.**     **The Court Should Approve Employment Pursuant to Bankruptcy Code §327(a)**

12       11 U.S.C. § 327(a) provides:

13       (a) Except as otherwise provided in this section, the trustee, with the court's

14       approval, may employ one or more attorneys, accountants, appraisers,

15       auctioneers, or other professional persons, that do not hold or represent an

16       interest adverse to the estate, and that are disinterested persons, to represent or

17       assist the trustee in carrying out the trustee's duties under this title.

18  11 U.S.C. §327(a).

19       Based upon the Statement of Disinterestedness attached hereto, the Trustee is satisfied the

20  Broker does not hold or represent an interest adverse to the Estate, and that the Broker is

21  disinterested as required by §327(a). Therefore, the Trustee may employ the Broker under §327(a).

22       Furthermore, as set forth in the Broker resume attached hereto in **Exhibit 1**, Mr. Frelinger

23  has experience with selling real property in the area in which the Property is located. *See* **Exhibit**

24  **1**.  Additionally, the Listing Agreement provides for a broker's commission of six percent (6%) of

25  the sale price on the Property.  *See* **Exhibit 2**.   The Estate will realize proceeds from a sale of the

26  Property. As such, employment is proper.

27

28

2

**B.**     **The Court Should Approve the Proposed Terms of Compensation Pursuant to §328(a)**

11 U.S.C. § 328(a) provides as follows:

> The trustee, or a committee appointed under section 1102 of this title, with the court's approval, may employ or authorize the employment of a professional person under section 327 or 1103 of this title, as the case may be, on any reasonable terms and conditions of employment, including on a retainer, on an hourly basis, on a fixed or percentage fee basis, or on a contingent fee basis. Notwithstanding such terms and conditions, the court may allow compensation different from the compensation provided under such terms and conditions after the conclusion of such employment, if such terms and conditions prove to have been improvident in light of developments not capable of being anticipated at the time of the fixing of such terms and conditions.

11 U.S.C. §328 (emphasis added).

Pursuant to §328(a), the Trustee may employ the Broker on the specific terms set forth in the Listing Agreement, including those relating to compensation, provided such terms are reasonable. *See* 11 U.S.C. §328(a). This section "provides a specific mechanism for professional persons to obtain prior court approval of the terms of their compensation[,]" subject to possible adjustment if such compensation proves to have been improvident in light of developments not capable of being anticipated at the time of the fixing of such terms and conditions. *See 3* COLLIER ON BANKRUPTCY ¶ 328.01 (Alan N. Resnick & Henry J. Sommer eds. 16th ed.); 11 U.S.C. §328(a).

The Trustee believes that the terms and conditions of the Listing Agreement are reasonable, and for this reason, the Trustee requests that the compensation terms in the Listing Agreement be approved at this time, without the necessity of a separate fee application, notice or hearing. Such approval would be in the best interests of the Estate because it allows the Estate to avoid the expenses of a fee application, and because the Court will retain authority to allow compensation different from the compensation provided under the Listing Agreement after

3

1  conclusion of the employment "if such terms and conditions prove to have been improvident in

2  light of developments not capable of being anticipated at the time of the fixing of such terms and

3  conditions." 11 U.S.C. §328(a).

4                                              **III.**

5                                        **CONCLUSION**

6          For the foregoing reasons, the Trustee believes that the employment of the Broker is

7  necessary and in the best interests of Estate and its creditors.  Therefore, the Trustee respectfully

8  requests that the Court enter an order:

9          1.      Authorizing the Trustee to employ the Broker as his real estate broker on the terms

10 and conditions stated in the Listing Agreement, and under 11 U.S.C. §§327(a) and 328(a) at the

11 expense of the Estate, without the necessity of a separate fee application should the Property be

12 sold; and

13         2.      Granting such other relief as the Court deems just and proper.

14

15

16 Dated: December 7, 2022                    /s/ David M. Goodrich
                                              David M. Goodrich
17                                            Chapter 7 Trustee

18

19

20

21

22

23

24

25

26

27

28

                                                    4

## <u>DECLARATION OF DAVID M. GOODRICH</u>

I, David M. Goodrich:

1.     I am an individual over the age of eighteen, and I am the duly appointed, qualified and acting Chapter 7 Trustee of the bankruptcy estate of La Costa Living Estates, Inc.  Except as otherwise indicated, all statements made herein are based on my personal knowledge or my review of relevant documents. If called to testify as a witness in this matter, I could and would competently testify under oath to the truth of the statements set forth herein.

2.     The Resume of Mr. Frelinger, the broker who will be primarily responsible for marketing the Property for sale, is attached hereto as **Exhibit 1**.  Attached hereto as **Exhibit 2** is a true and correct copy of the proposed Listing Agreement.  I agreed, subject to approval of the Court, that the Listing Agreement.

3.     The Broker has not received and will not receive a retainer in connection with the proposed retention.  Pursuant to the Listing Agreement, the Broker will seek approval of compensation in the amount of 6% of the sale price for the Property.

4.     This Application requests only that the Court approve the employment of the Broker under 11 U.S.C. §§ 327(a) and 328(a). The Application does not request authorization to sell the Property under 11 U.S.C. §363.  If and when I am in a position to sell the Property, I will request authority to do so by filing a separate motion with the Court, which motion will describe the terms and conditions of the proposed sale transaction, etc.

5.     I believe employment of the Broker is in the best interest of the Estate.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  December 7, 2022                    /s/ David M. Goodrich
                                            David M. Goodrich

## STATEMENT OF DISINTERESTEDNESS FOR EMPLOYMENT OF

## PROFESSIONAL PERSON UNDER BANKRUPTCY RULE 2014

[The following information is supplied in conformity with United States Bankruptcy Court, Central District of California, Form No. 2014-1]

1.      Name, address and telephone number of the professional ("Professional") submitting this Statement:

> Prime Equity Properties
> Todd Frelinger
> 620 Newport Center, Dr., Suite 1100
> Newport Beach, CA  92660-8011
> (949) 416-9856
> Todd@primeequityproperties.com

A true and correct copy of the Professional's resume is attached hereto as **Exhibit 1**.

2.    The services to be rendered by the Professional in this case are (specify):

The Professional will act as the real estate broker for the Trustee for the purpose of procuring a buyer for the residential real property located at 0 Sky Loft Road, Encinitas, California 92024 ("Property").

3.    The terms and source of the proposed compensation and reimbursement of the Professional are *(specify)*:

        a.      The terms of the proposed compensation are set forth in the Listing Agreement attached hereto as **Exhibit 2**.

        b.      As set forth in the agreement, the Professional will be entitled to 6% of the sale/purchase price at the time of sale, subject to Court approval and closing of the sale. (The Professional may pay/share a portion of his commission with any broker for the buyer(s) of the Property.)

        c.      The source of the proposed compensation will be the proceeds from the closing of and the sale of the Property.

6

4. The nature and terms of retainer (i.e., nonrefundable versus an advance against fees) held by the Professional are *(specify)*:

*Not applicable.*

5. The investigation of disinterestedness made by the Professional prior to submitting this Statement consisted of *(specify)*:

In answering questions 7, 10, and 11 below (which address whether the Professional is a "disinterested person" in the bankruptcy case of LA Costa Living Estates, LLC, as that term is defined by the Bankruptcy Code), the Professional reviewed its files and a list of creditors and other interested parties.

6. The following is a complete description of all of the Professional's connections with the debtor, principals of the debtor, insiders, the debtor's creditors, any other party or parties in interest, and their respective attorneys and accountants, or any person employed in the Office of the United States Trustee (specify, attaching extra pages as necessary):

   a. The Professional is not aware of any connections to interested parties in the bankruptcy case of La Costa Living Estates, LLC.

7. The Professional is not a creditor, an equity security holder or an insider of the debtor, except as follows *(specify, attaching extra pages as necessary)*:

*Not applicable*

8. The Professional is not and was not an investment banker for any outstanding security of the debtor.

9. The Professional has not been within three (3) years before the date of the filing of the petition herein, an investment banker for a security of the debtor, or an attorney for such an investment banker in connection with the offer, sale or issuance of any security of the debtor.

7

10. The Professional is not and was not, within two (2) years before the date of the filing of the petition herein, a director, officer or employee of the debtor or of any investment banker for any security of the debtor.

11. The Professional neither holds nor represents any interest materially adverse to the interest of the estate or of any class of creditors or equity security holders with respect to the matter on which the Professional is to be employed, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor or an investment banker for any security of the debtor, or for any other reason, except as follows (specify, attaching extra pages as necessary):

12. Name, address and telephone number of the person signing this Statement on behalf of the Professional and the relationship of such person to the Professional (specify):

Prime Equity Properties
Todd Frelinger
620 Newport Center, Dr., Suite 1100
Newport Beach, CA  92660-8011
(949) 416-9856
Todd@primeequityproperties.com

13. The Professional is not a relative or employee of the United States Trustee or a Bankruptcy Judge, except as follows (specify, attaching extra pages as necessary):

   *Not applicable*

14. Total number of attached pages supporting documents: 0.

15. After conducting or supervising the investigation described in Paragraph 5 above, I declare under of perjury under the laws of the United States of America, that the foregoing is true and correct except that I declare that I declare that Paragraph 6 through 11 are stated on information and belief.

Executed on the December ⎡, 2022 at Newport Beach, California.

Prime Equity Properties, Inc

Todd Frelinger
Type Name of Professional

Todd Frelinger

8

# Exhibit 1



## Todd Frelinger

President/Court Supervised Real Estate Broker
Prime Probate/Prime Equity Properties Group *"A Tradition of Trust"*
DRE #01748434
949-416-9856/310-968-5387
Todd@PrimeEquityProperties.com

Todd Frelinger is a court supervised real estate broker specializing in probate, bankruptcy, receiverships, and trusts & estates.  He is a certified Probate Real Estate Specialist representing trustees, receivers, partition referees, professional fiduciaries, and executors for over 16 years in Southern California.  He is an affiliate member of the LA County, Beverly Hills, & Orange County Bar Associations and very active in the Trusts & Estates, Real Estate, Bankruptcy, and Elder Law sections. Todd works closely with trustees, fiduciaries, attorneys, receivers, bankruptcy trustees, and their clients to successfully close the sale of real property involving trusts, probate, bankruptcy, receiverships, partition sales, and conservatorships.  He has extensive experience in the overbidding process in probate and receivership cases.  Todd is Chairman of the Estate Planning Group Network of Orange County and members include prominent Estate Planning, Probate, Bankruptcy, and Elder Law Attorneys.  He is also recognized by the National Association of Realtors as a Certified Elder/Senior Real Estate Specialist. From commercial to residential and vacant land, Todd and the Prime Probate/Prime Equity Properties Group have the knowledge and expertise to manage the entire court supervised real property sales process from beginning to end.

## Professional Organizations/Associations

- LA County Bar Association – Trusts & Estates, Real Estate, Bankruptcy & Elder Law
- Orange County Bar Association – Trusts & Estates, Real Estate, Bankruptcy, & Elder Law
- Beverly Hills Bar Association
- California Regional Multiple Listing Service
- Orange County Association of Realtors
- Professional Fiduciary Association of California
- National Association of Realtors
- Estate Planning Group Network Newport Beach/Irvine - Chairman
- Orange County Estate Planning Council
- Orange County Estate and Succession Planning Affinity Group
- Probate Attorneys of San Diego

## Education

Loyola Marymount University Los Angeles, CA 1985
Major: Business Administration with emphasis in Business Management

## Volunteer/Philanthropy

- Alzheimer's Association Los Angeles
- Missionaries of Charity/Mother Teresa's Foundation Lynwood, CA
- American Cancer Society
- Knights of Malta Free Clinic Los Angeles

# Exhibit 2

Authentisign ID: 20E73AA5-2726-4531-887B-A79ABF41EA29

CALIFORNIA
ASSOCIATION
OF REALTORS®

## DISCLOSURE REGARDING
## REAL ESTATE AGENCY RELATIONSHIP
(As required by the Civil Code)
(C.A.R. Form AD, Revised 12/21)

☐ (If checked) This form is being provided in connection with a transaction for a leasehold interest exceeding one year as per Civil Code section 2079.13(j), (k), and (l).

When you enter into a discussion with a real estate agent regarding a real estate transaction, you should from the outset understand what type of agency relationship or representation you wish to have with the agent in the transaction.

**SELLER'S AGENT**

A Seller's agent under a listing agreement with the Seller acts as the agent for the Seller only. A Seller's agent or a subagent of that agent has the following affirmative obligations:

To the Seller: A Fiduciary duty of utmost care, integrity, honesty and loyalty in dealings with the Seller.

To the Buyer and the Seller:
    (a) Diligent exercise of reasonable skill and care in performance of the agent's duties.
    (b) A duty of honest and fair dealing and good faith.
    (c) A duty to disclose all facts known to the agent materially affecting the value or desirability of the property that are not known to, or within the diligent attention and observation of, the parties. An agent is not obligated to reveal to either party any confidential information obtained from the other party that does not involve the affirmative duties set forth above.

**BUYER'S AGENT**

A Buyer's agent can, with a Buyer's consent, agree to act as agent for the Buyer only. In these situations, the agent is not the Seller's agent, even if by agreement the agent may receive compensation for services rendered, either in full or in part from the Seller. An agent acting only for a Buyer has the following affirmative obligations:

To the Buyer: A fiduciary duty of utmost care, integrity, honesty and loyalty in dealings with the Buyer.

To the Buyer and the Seller:
    (a) Diligent exercise of reasonable skill and care in performance of the agent's duties.
    (b) A duty of honest and fair dealing and good faith.
    (c) A duty to disclose all facts known to the agent materially affecting the value or desirability of the property that are not known to, or within the diligent attention and observation of, the parties. An agent is not obligated to reveal to either party any confidential information obtained from the other party that does not involve the affirmative duties set forth above.

**AGENT REPRESENTING BOTH SELLER AND BUYER**

A real estate agent, either acting directly or through one or more salespersons and broker associates, can legally be the agent of both the Seller and the Buyer in a transaction, but only with the knowledge and consent of both the Seller and the Buyer.

In a dual agency situation, the agent has the following affirmative obligations to both the Seller and the Buyer:
    (a) A fiduciary duty of utmost care, integrity, honesty and loyalty in the dealings with either the Seller or the Buyer.
    (b) Other duties to the Seller and the Buyer as stated above in their respective sections.

In representing both Seller and Buyer, a dual agent may not, without the express permission of the respective party, disclose to the other party confidential information, including, but not limited to, facts relating to either the Buyer's or Seller's financial position, motivations, bargaining position, or other personal information that may impact price, including the Seller's willingness to accept a price less than the listing price or the Buyer's willingness to pay a price greater than the price offered.

**SELLER AND BUYER RESPONSIBILITIES**

Either the purchase agreement or a separate document will contain a confirmation of which agent is representing you and whether that agent is representing you exclusively in the transaction or acting as a dual agent. Please pay attention to that confirmation to make sure it accurately reflects your understanding of your agent's role.

The above duties of the agent in a real estate transaction do not relieve a Seller or Buyer from the responsibility to protect his or her own interests. You should carefully read all agreements to assure that they adequately express your understanding of the transaction. A real estate agent is a person qualified to advise about real estate. If legal or tax advice is desired, consult a competent professional.

If you are a Buyer, you have the duty to exercise reasonable care to protect yourself, including as to those facts about the property which are known to you or within your diligent attention and observation.

Both Sellers and Buyers should strongly consider obtaining tax advice from a competent professional because the federal and state tax consequences of a transaction can be complex and subject to change.

Throughout your real property transaction you may receive more than one disclosure form, depending upon the number of agents assisting in the transaction. The law requires each agent with whom you have more than a casual relationship to present you with this disclosure form. You should read its contents each time it is presented to you, considering the relationship between you and the real estate agent in your specific transaction. **This disclosure form includes the provisions of Sections 2079.13 to 2079.24, inclusive, of the Civil Code set forth on page 2. Read it carefully. I/WE ACKNOWLEDGE RECEIPT OF A COPY OF THIS DISCLOSURE AND THE PORTIONS OF THE CIVIL CODE PRINTED ON THE SECOND PAGE.**

☐ Buyer ☒ Seller ☐ Landlord ☐ Tenant _____ *David M. Goodrich, Trustee La Costa* Date _12/7/22_

☐ Buyer ☐ Seller ☐ Landlord ☐ Tenant _____ Date _____

Agent _____ *Prime Equity Properties, Inc.* _____ DRE Lic. # *02064505*
                               Real Estate Broker (Firm)

By *Todd Frelinger* _____ *Todd Frelinger* DRE Lic. # *01748434* _____ Date _12/06/2022_
   Authentisign
   12/6/2022 5:18:46 PM PST    (Salesperson or Broker-Associate, if any)

© 2021, California Association of REALTORS®, Inc.

**AD REVISED 12/21 (PAGE 1 OF 2)**



**DISCLOSURE REGARDING REAL ESTATE AGENCY RELATIONSHIP (AD PAGE 1 OF 2)**

Authentisign ID: 20E73AA5-2726-4531-887B-A7AAEF515432

**SECTIONS OF THE CIVIL CODE 2079.24 (2079.16 APPEARS ON THE FRONT)**

2079.13. As used in Sections 2079.7 and 2079.14 to 2079.24, inclusive, the following terms have the following meanings: **(a)** "Agent" means a person acting under provisions of Title 9 (commencing with Section 2295) in a real property transaction, and includes a person who is licensed as a real estate broker under Chapter 3 (commencing with Section 10130) of Part 1 of Division 4 of the Business and Professions Code, and under whose license a listing is executed or an offer to purchase is obtained. The agent in the real property transaction bears responsibility for that agent's salespersons or broker associates who perform as agents of the agent. When a salesperson or broker associate owes a duty to any principal, or to any buyer or seller who is not a principal, in a real property transaction, that duty is equivalent to the duty owed to that party by the broker for whom the salesperson or broker associate functions. **(b)** "Buyer" means a transferee in a real property transaction, and includes a person who executes an offer to purchase real property from a seller through an agent, or who seeks the services of an agent in more than a casual, transitory, or preliminary manner, with the object of entering into a real property transaction. "Buyer" includes vendee or lessee of real property. **(c)** "Commercial real property" means all real property in the state, except (1) single-family residential real property, (2) dwelling units made subject to Chapter 2 (commencing with Section 1940) of Title 5, (3) a mobilehome, as defined in Section 798.3, (4) vacant land, or (5) a recreational vehicle, as defined in Section 799.29. **(d)** "Dual agent" means an agent acting, either directly or through a salesperson or broker associate, as agent for both the seller and the buyer in a real property transaction. **(e)** "Listing agreement" means a written contract between a seller of real property and an agent, by which the agent has been authorized to sell the real property or to find or obtain a buyer, including rendering other services for which a real estate license is required to the seller pursuant to the terms of the agreement. **(f)** "Seller's agent" means a person who has obtained a listing of real property to act as an agent for compensation. **(g)** "Listing price" is the amount expressed in dollars specified in the listing for which the seller is willing to sell the real property through the seller's agent. **(h)** "Offering price" is the amount expressed in dollars specified in an offer to purchase for which the buyer is willing to buy the real property. **(i)** "Offer to purchase" means a written contract executed by a buyer acting through a buyer's agent that becomes the contract for the sale of the real property upon acceptance by the seller. **(j)** "Real property" means any estate specified by subdivision (1) or (2) of Section 761 in property, and includes (1) single-family residential property, (2) multiunit residential property with more than four dwelling units, (3) commercial real property, (4) vacant land, (5) a ground lease coupled with improvements, or (6) a manufactured home as defined in Section 18007 of the Health and Safety Code, or a mobilehome as defined in Section 18008 of the Health and Safety Code, when offered for sale or sold through an agent pursuant to the authority contained in Section 10131.6 of the Business and Professions Code. **(k)** "Real property transaction" means a transaction for the sale of real property in which an agent is retained by a buyer, seller, or both a buyer and seller to act in that transaction, and includes a listing or an offer to purchase. **(l)** "Sell," "sale," or "sold" refers to a transaction for the transfer of real property from the seller to the buyer and includes exchanges of real property between the seller and buyer, transactions for the creation of a real property sales contract within the meaning of Section 2985, and transactions for the creation of a leasehold exceeding one year's duration. **(m)** "Seller" means the transferor in a real property transaction and includes an owner who lists real property with an agent, whether or not a transfer results, or who receives an offer to purchase real property of which he or she is the owner from an agent on behalf of another. "Seller" includes both a vendor and a lessor of real property. **(n)** "Buyer's agent" means an agent who represents a buyer in a real property transaction.

2079.14. A seller's agent and buyer's agent shall provide the seller and buyer in a real property transaction with a copy of the disclosure form specified in Section 2079.16, and shall obtain a signed acknowledgment of receipt from that seller and buyer, except as provided in Section 2079.15, as follows: **(a)** The seller's agent, if any, shall provide the disclosure form to the seller prior to entering into the listing agreement. **(b)** The buyer's agent shall provide the disclosure form to the buyer as soon as practicable prior to execution of the buyer's offer to purchase. If the offer to purchase is not prepared by the buyer's agent, the buyer's agent shall present the disclosure form to the buyer not later than the next business day after receiving the offer to purchase from the buyer.

2079.15. In any circumstance in which the seller or buyer refuses to sign an acknowledgment of receipt pursuant to Section 2079.14, the agent shall set forth, sign, and date a written declaration of the facts of the refusal.

2079.16 Reproduced on Page 1 of this AD form.

2079.17(a) As soon as practicable, the buyer's agent shall disclose to the buyer and seller whether the agent is acting in the real property transaction as the buyer's agent, or as a dual agent representing both the buyer and the seller. This relationship shall be confirmed in the contract to purchase and sell real property or in a separate writing executed or acknowledged by the seller, the buyer, and the buyer's agent prior to or coincident with execution of that contract by the buyer and the seller, respectively. **(b)** As soon as practicable, the seller's agent shall disclose to the seller whether the seller's agent is acting in the real property transaction as the seller's agent, or as a dual agent representing both the buyer and seller. This relationship shall be confirmed in the contract to purchase and sell real property or in a separate writing executed or acknowledged by the seller and the seller's agent prior to or coincident with the execution of that contract by the seller.

CONFIRMATION: **(c)** The confirmation required by subdivisions (a) and (b) shall be in the following form:

Seller's Brokerage Firm _____ DO NOT COMPLETE. SAMPLE ONLY _____ License Number _____
Is the broker of (check one): ☐ the seller; or ☐ both the buyer and seller. (dual agent)
Seller's Agent _____ DO NOT COMPLETE. SAMPLE ONLY _____ License Number _____
Is (check one): ☐ the Seller's Agent. (salesperson or broker associate) ☐ both the Buyer's and Seller's Agent. (dual agent)
Buyer's Brokerage Firm _____ DO NOT COMPLETE. SAMPLE ONLY _____ License Number _____
Is the broker of (check one): ☐ the buyer; or ☐ both the buyer and seller. (dual agent)
Buyer's Agent _____ DO NOT COMPLETE. SAMPLE ONLY _____ License Number _____
Is (check one): ☐ the Buyer's Agent. (salesperson or broker associate) ☐ both the Buyer's and Seller's Agent. (dual agent)

**(d)** The disclosures and confirmation required by this section shall be in addition to the disclosure required by Section 2079.14. An agent's duty to provide disclosure and confirmation of representation in this section may be performed by a real estate salesperson or broker associate affiliated with that broker.

2079.18 (Repealed pursuant to AB-1289)

2079.19 The payment of compensation or the obligation to pay compensation to an agent by the seller or buyer is not necessarily determinative of a particular agency relationship between an agent and the seller or buyer. A listing agent and a selling agent may agree to share any compensation or commission paid, or any right to any compensation or commission for which an obligation arises as the result of a real estate transaction, and the terms of any such agreement shall not necessarily be determinative of a particular relationship.

2079.20 Nothing in this article prevents an agent from selecting, as a condition of the agent's employment, a specific form of agency relationship not specifically prohibited by this article if the requirements of Section 2079.14 and Section 2079.17 are complied with.

2079.21 (a) A dual agent may not, without the express permission of the seller, disclose to the buyer any confidential information obtained from the seller. **(b)** A dual agent may not, without the express permission of the buyer, disclose to the seller any confidential information obtained from the buyer. **(c)** "Confidential information" means facts relating to the client's financial position, motivations, bargaining position, or other personal information that may impact price, such as the seller is willing to accept a price less than the listing price or the buyer is willing to pay a price greater than the price offered. **(d)** This section does not alter in any way the duty or responsibility of a dual agent to any principal with respect to confidential information other than price.

2079.22 Nothing in this article precludes a seller's agent from also being a buyer's agent. If a seller or buyer in a transaction chooses to not be represented by an agent, that does not, of itself, make that agent a dual agent.

2079.23 A contract between the principal and agent may be modified or altered to change the agency relationship at any time before the performance of the act which is the object of the agency with the written consent of the parties to the agency relationship.

2079.24 Nothing in this article shall be construed to either diminish the duty of disclosure owed buyers and sellers by agents and their associate licensees, subagents, and employees or to relieve agents and their associate licensees, subagents, and employees from liability for their conduct in connection with acts governed by this article or for any breach of a fiduciary duty or a duty of disclosure.

© 2021, California Association of REALTORS®, Inc. United States copyright law (Title 17 U.S. Code) forbids the unauthorized distribution, display and reproduction of this form, or any portion thereof, by photocopy machine or any other means, including facsimile or computerized formats. THIS FORM HAS BEEN APPROVED BY THE CALIFORNIA ASSOCIATION OF REALTORS®. NO REPRESENTATION IS MADE AS TO THE LEGAL VALIDITY OR ACCURACY OF ANY PROVISION IN ANY SPECIFIC TRANSACTION. A REAL ESTATE BROKER IS THE PERSON QUALIFIED TO ADVISE ON REAL ESTATE TRANSACTIONS. IF YOU DESIRE LEGAL OR TAX ADVICE, CONSULT AN APPROPRIATE PROFESSIONAL. This form is made available to real estate professionals through an agreement with or purchase from the California Association of REALTORS®. It is not intended to identify the user as a REALTOR®. REALTOR® is a registered collective membership mark which may be used only by members of the NATIONAL ASSOCIATION OF REALTORS® who subscribe to its Code of Ethics.

Published and Distributed by:
REAL ESTATE BUSINESS SERVICES, LLC.
a subsidiary of the CALIFORNIA ASSOCIATION OF REALTORS®
525 South Virgil Avenue, Los Angeles, California 90020

AD REVISED 12/21 (PAGE 2 OF 2)

**DISCLOSURE REGARDING REAL ESTATE AGENCY RELATIONSHIP (AD PAGE 2 OF 2)**

Produced with Lone Wolf Transactions (zipForm Edition) 717 N Harwood St, Suite 2200, Dallas, TX 75201   www.lwolf.com     Sky Loft Road

Authentisign ID: 20E73AA5-2726-4531-887B-A79ABF41EA29

CALIFORNIA
ASSOCIATION
OF REALTORS®

# FAIR HOUSING & DISCRIMINATION ADVISORY
(C.A.R. Form FHDA, 6/22)

1. **EQUAL ACCESS TO HOUSING FOR ALL:** All housing in California is available to all persons. Discrimination as noted below is prohibited by law. Resources are available for those who have experienced unequal treatment under the law.
2. **FEDERAL AND STATE LAWS PROHIBIT DISCRIMINATION AGAINST IDENTIFIED PROTECTED CLASSES:**
    A. FEDERAL FAIR HOUSING ACT ("FHA") Title VIII of the Civil Rights Act; 42 U.S.C. §§ 3601-3619; Prohibits discrimination in sales, rental or financing of residential housing against persons in protected classes;
    B. CALIFORNIA FAIR EMPLOYMENT AND HOUSING ACT ("FEHA") California Government Code ("GC") §§ 12900-12996,12955; 2 California Code of Regulations ("CCR") §§ 12005-12271; Prohibits discrimination in sales, rental or financing of housing opportunity against persons in protected classes by providers of housing accommodation and financial assistance services as related to housing;
    C. CALIFORNIA UNRUH CIVIL RIGHTS ACT ("Unruh") California Civil Code ("CC") § 51; Prohibits business establishments from discriminating against, and requires full and equal accommodation, advantages, facilities, privileges, and services to persons in protected classes;
    D. AMERICANS WITH DISABILITIES ACT ("ADA") 42 U.S.C. §§ 12181-12189; Title III of the ADA prohibits discrimination based on disability in public accommodations; and
    E. OTHER FAIR HOUSING LAWS: § 504 of Rehabilitation Act of 1973 29 U.S.C. § 794; Ralph Civil Rights Act CC § 51.7.; California Disabled Persons Act; CC §§ 54-55.32; any local city or county fair housing ordinances, as applicable.
3. **POTENTIAL LEGAL REMEDIES FOR UNLAWFUL DISCRIMINATION:** Violations of fair housing laws may result in monetary civil fines, injunctive relief, compensatory and/or punitive damages, and attorney fees and costs.
4. **PROTECTED CLASSES/CHARACTERISTICS:** Whether specified in Federal or State law or both, discrimination against persons if based on that person's belonging to, association with, or perceived membership in, certain classes or categories, such as the following, is prohibited. Other classes, categories or restrictions may also apply.

| Race | Color | Ancestry | National Origin | Religion |
|---|---|---|---|---|
| Age | Sex, Sexual Orientation | Gender, Gender Identity, Gender expression | Marital Status | Familial Status (family with a child or children under 18) |
| Citizenship | Immigration Status | Primary Language | Military/Veteran Status | Source of Income (e.g., Section 8 Voucher) |
| Medical Condition | Disability (Mental & Physical) | Genetic Information | Criminal History (non-relevant convictions) | Any arbitrary characteristic |

5. **THE CALIFORNIA DEPARTMENT OF REAL ESTATE REQUIRES TRAINING AND SUPERVISION TO PREVENT HOUSING DISCRIMINATION BY REAL ESTATE LICENSEES:**
    A. California Business & Professions Code ("B&PC") § 10170.5(a)(4) requires 3 hours of training on fair housing for DRE license renewal; Real Estate Regulation § 2725(f) requires brokers who oversee salespersons to be familiar with the requirements of federal and state laws relating to the prohibition of discrimination.
    B. Violation of DRE regulations or real estate laws against housing discrimination by a real estate licensee may result in the loss or suspension of the licensee's real estate license. B&PC § 10177(l)(1); 10 CCR § 2780
6. **REALTOR® ORGANIZATIONS PROHIBIT DISCRIMINATION:** NAR Code of Ethics Article 10 prohibits discrimination in employment practices or in rendering real estate license services against any person because of race, color, religion, sex, handicap, familial status, national origin, sexual orientation, or gender identity by REALTORS®.
7. **WHO IS REQUIRED TO COMPLY WITH FAIR HOUSING LAWS?**
Below is a non-exclusive list of providers of housing accommodations or financial assistance services as related to housing who are most likely to be encountered in a housing transaction and who must comply with fair housing laws.

- Sellers
- Real estate licensees
- Mobilehome parks
- Insurance companies
- Landlords
- Real estate brokerage firms
- Homeowners Associations ("HOAs");
- Government housing services
- Sublessors
- Property managers
- Banks and Mortgage lenders
- Appraisers

8. **EXAMPLES OF CONDUCT THAT MAY NOT BE MOTIVATED BY DISCRIMINATORY INTENT BUT COULD HAVE A DISCRIMINATORY EFFECT:**
    A. Prior to acceptance of an offer, asking for or offering buyer personal information or letters from the buyer, especially with photos. Those types of documents may inadvertently reveal, or be perceived as revealing, protected status information thereby increasing the risk of (i) actual or unconscious bias, and (ii) potential legal claims against sellers and others by prospective buyers whose offers were rejected.
    B. Refusing to rent (i) an upper-level unit to an elderly tenant out of concern for the tenant's ability to navigate stairs or (ii) a house with a pool to a person with young children out of concern for the children's safety.
9. **EXAMPLES OF UNLAWFUL OR IMPROPER CONDUCT BASED ON A PROTECTED CLASS OR CHARACTERISTIC:**
    A. Refusing to negotiate for a sale, rental or financing or otherwise make a housing opportunity unavailable; failing to present offers due to a person's protected status;
    B. Refusing or failing to show, rent, sell or finance housing; "channeling" or "steering" a prospective buyer or tenant to or away from a particular area due to that person's protected status or because of the racial, religious or ethnic composition of the neighborhood;
    C. "Blockbusting" or causing "panic selling" by inducing a listing, sale or rental based on the grounds of loss of value of property, increase in crime, or decline in school quality due to the entry or prospective entry of people in protected categories into the neighborhood;
    D. Making any statement or advertisement that indicates any preference, limitation, or discrimination;

© 2022, California Association of REALTORS®, Inc.
**FHDA REVISED 6/22 (PAGE 1 OF 2)**



## FAIR HOUSING AND DISCRIMINATION ADVISORY (FHDA PAGE 1 OF 2)

Authentisign ID: 205F1XXP77ZP-48DJ-BH-B79DEF51F42A

   E. (such as ..... characteristics) treating tenant applicants if they are married, or prospective purchasers if they have children or are planning to start a family);

   F. Using criminal history information before otherwise affirming eligibility, and without a legally sufficient justification;

   G. Failing to assess financial standards based on the portion of the income responsible by a tenant who receives government subsidies (such as basing an otherwise neutral rent to income ratio on the whole rent rather than just the part of rent that is the tenant's responsibility);

   H. Denying a home loan or homeowner's insurance;

   I. Offering inferior terms, conditions, privileges, facilities or services;

   J. Using different qualification criteria or procedures for sale or rental of housing such as income standards, application requirements, application fees, credit analyses, sale or rental approval procedures or other requirements;

   K. Harassing a person;

   L. Taking an adverse action based on protected characteristics;

   M. Refusing to permit a reasonable modification to the premises, as requested by a person with a disability (such as refusing to allow a wheelchair bound tenant to install, at their expense, a ramp over front or rear steps, or refusing to allow a physically disabled tenant from installing, at their own expense, grab bars in a shower or bathtub);

   N. Refusing to make reasonable accommodation in policies, rules, practices, or services for a person with a disability (such as the following, if an actual or prospective tenant with a disability has a service animal or support animal):
     (i) Failing to allow that person to keep the service animal or emotional support animal in rental property,
     (ii) Charging that person higher rent or increased security deposit, or
     (iii) Failing to show rental or sale property to that person who is accompanied by the service animal or support animal, and;

   O. Retaliating for asserting rights under fair housing laws.

**10. EXAMPLES OF POSITIVE PRACTICES:**

   A. Real estate licensees working with buyers or tenants should apply the same objective property selection criteria, such as location/neighborhood, property features, and price range and other considerations, to all prospects.

   B. Real estate licensees should provide complete and objective information to all clients based on the client's selection criteria.

   C. Real estate licensees should provide the same professional courtesy in responding to inquiries, sharing of information and offers of assistance to all clients and prospects.

   D. Housing providers should not make any statement or advertisement that directly or indirectly implies preference, limitation, or discrimination regarding any protected characteristic (such as "no children" or "English-speakers only").

   E. Housing providers should use a selection process relying on objective information about a prospective buyer's offer or tenant's application and not seek any information that may disclose any protected characteristics (such as using a summary document, e.g. C.A.R. Form SUM-MO, to compare multiple offers on objective terms).

**11. FAIR HOUSING RESOURCES:** If you have questions about your obligations or rights under the Fair Housing laws, or you think you have been discriminated against, you may want to contact one or more of the sources listed below to discuss what you can do about it, and whether the resource is able to assist you.

   A. Federal: **https://www.hud.gov/program_offices/fair_housing_equal_opp**

   B. State: **https://www.dfeh.ca.gov/housing/**

   C. Local: local Fair Housing Council office (non-profit, free service)

   D. DRE: **https://www.dre.ca.gov/Consumers/FileComplaint.html**

   E. Local Association of REALTORS®. List available at: **https://www.car.org/en/contactus/rosters/localassociationroster**.

   F. Any qualified California fair housing attorney, or if applicable, landlord-tenant attorney.

**12. LIMITED EXCEPTIONS TO FAIR HOUSING REQUIREMENTS: No person should rely on any exception below without first seeking legal advice about whether the exception applies to their situation. Real estate licensees are not qualified to provide advice on the application of these exceptions.**

   A. Legally compliant senior housing is exempt from FHA, FEHA and Unruh as related to age or familial status only;

   B. An owner of a single-family residence who resides at the property with one lodger may be exempt from FEHA for rental purposes, PROVIDED **no real estate licensee is involved** in the rental;

   C. An owner of a single-family residence may be exempt from FHA for sale or rental purposes, PROVIDED **(i) no real estate licensee is involved** in the sale or rental and **(ii)** no discriminatory advertising is used, and **(iii)** the owner owns no more than three single-family residences. Other restrictions apply;

   D. An owner of residential property with one to four units who resides at the property, may be exempt from FHA for rental purposes, PROVIDED **no real estate licensee is involved** in the rental; and

   E. Both FHA and FEHA do not apply to roommate situations. See, *Fair Housing Council v Roommate.com LLC*, 666 F.3d 1216 (2019).

   F. Since both the 14th Amendment of the U.S. Constitution and the Civil Rights Act of 1866 prohibit discrimination based on race; the FHA and FEHA exemptions do not extend to discrimination based on race.

Buyer/Tenant and Seller/Landlord have read, understand and acknowledge receipt of a copy of this Fair Housing & Discrimination Advisory.

Buyer/Tenant _____ Date _____

Buyer/Tenant _____ Date _____

Seller/Landlord _____ *David M. Goodrich, Trustee La Costa Living Estates, LLC* Date 12/2/22

Seller/Landlord _____ Date _____

© 2022, California Association of REALTORS®, Inc. United States copyright law (Title 17 U.S. Code) forbids the unauthorized distribution, display and reproduction of this form, or any portion thereof, by photocopy machine or any other means, including facsimile or computerized formats. THIS FORM HAS BEEN APPROVED BY THE CALIFORNIA ASSOCIATION OF REALTORS®. NO REPRESENTATION IS MADE AS TO THE LEGAL VALIDITY OR ACCURACY OF ANY PROVISION IN ANY SPECIFIC TRANSACTION. A REAL ESTATE BROKER IS THE PERSON QUALIFIED TO ADVISE ON REAL ESTATE TRANSACTIONS. IF YOU DESIRE LEGAL OR TAX ADVICE, CONSULT AN APPROPRIATE PROFESSIONAL. This form is made available to real estate professionals through an agreement with or purchase from the California Association of REALTORS®. It is not intended to identify the user as a REALTOR®. REALTOR® is a registered collective membership mark which may be used only by members of the NATIONAL ASSOCIATION OF REALTORS® who subscribe to its Code of Ethics.

Published and Distributed by:
REAL ESTATE BUSINESS SERVICES, LLC.
*a subsidiary of the CALIFORNIA ASSOCIATION OF REALTORS®*
525 South Virgil Avenue, Los Angeles, California 90020

FHDA REVISED 6/22 (PAGE 2 OF 2)

Authentisign ID: 20E73AA5-2726-4531-887B-A79ABF41EA29



## POSSIBLE REPRESENTATION OF MORE THAN ONE BUYER OR SELLER - DISCLOSURE AND CONSENT
### (C.A.R. Form PRBS, Revised 12/21)

A real estate broker (Broker), whether a corporation, partnership or sole proprietorship, may represent more than one buyer or seller. This multiple representation can occur through an individual licensed as a broker or salesperson or through different individual broker's or salespersons (associate licensees) acting under the Broker's license. The associate licensees may be working out of the same or different office locations.

**Multiple Buyers:** Broker (individually or through its associate licensees) may be working with many prospective buyers at the same time. These prospective buyers may have an interest in, and make offers on, the same properties. Some of these properties may be listed with Broker and some may not. Broker will not limit or restrict any particular buyer from making an offer on any particular property whether or not Broker represents other buyers interested in the same property.

**Multiple Sellers:** Broker (individually or through its associate licensees) may have listings on many properties at the same time. As a result, Broker will attempt to find buyers for each of those listed properties. Some listed properties may appeal to the same prospective buyers. Some properties may attract more prospective buyers than others. Some of these prospective buyers may be represented by Broker and some may not. Broker will market all listed properties to all prospective buyers whether or not Broker has another or other listed properties that may appeal to the same prospective buyers.

**Dual Agency:** If Seller is represented by Broker, Seller acknowledges that broker may represent prospective buyers of Seller's property and consents to Broker acting as a dual agent for both seller and buyer in that transaction. If Buyer is represented by Broker, buyer acknowledges that Broker may represent sellers of property that Buyer is interested in acquiring and consents to Broker acting as a dual agent for both buyer and seller with regard to that property.

In the event of dual agency, seller and buyer agree that: a dual agent may not, without the express permission of the respective party, disclose to the other party confidential information, including, but not limited to, facts relating to either the buyer's or seller's financial position, motivations, bargaining position, or other personal information that may impact price, including the seller's willingness to accept a price less than the listing price or the buyer's willingness to pay a price greater than the price offered; and except as set forth above, a dual agent is obligated to disclose known facts materially affecting the value or desirability of the Property to both parties.

**Offers not necessarily confidential:** Buyer is advised that seller or listing agent may disclose the existence, terms, or conditions of buyer's offer unless all parties and their agent have signed a written confidentiality agreement. Whether any such information is actually disclosed depends on many factors, such as current market conditions, the prevailing practice in the real estate community, the listing agent's marketing strategy and the instructions of the seller.

Buyer and seller understand that Broker may represent more than one buyer or more than one seller and even both buyer and seller on the same transaction and consents to such relationships.

**Seller and/or Buyer acknowledges reading and understanding this Possible Representation of More Than One Buyer or Seller - Disclosure and Consent and agrees to the agency possibilities disclosed.**

| | | | |
|---|---|---|---|
| Seller | *David M. Goodrich, Trustee La Costa Living Estates, LLC* | Date | 12/7/22 |
| Seller | | Date | |
| Buyer | | Date | |
| Buyer | | Date | |
| Buyer's Brokerage Firm | | DRE Lic # | Date |
| By | | DRE Lic # | Date |
| Seller's Brokerage Firm *Prime Equity Properties, Inc.* | | DRE Lic # *02064505* | Date *12/06/2022* |
| By *Todd Frelinger* | | DRE Lic # *01748434* | Date 12/06/2022 |

Authentisign
*Todd Frelinger*

© 2021, California Association of REALTORS®, Inc. United States copyright law (Title 17 U.S. Code) forbids the unauthorized distribution, display and reproduction of this form, or any portion thereof, by photocopy machine or any other means, including facsimile or computerized formats. THIS FORM HAS BEEN APPROVED BY THE CALIFORNIA ASSOCIATION OF REALTORS®. NO REPRESENTATION IS MADE AS TO THE LEGAL VALIDITY OR ACCURACY OF ANY PROVISION IN ANY SPECIFIC TRANSACTION. A REAL ESTATE BROKER IS THE PERSON QUALIFIED TO ADVISE ON REAL ESTATE TRANSACTIONS. IF YOU DESIRE LEGAL OR TAX ADVICE, CONSULT AN APPROPRIATE PROFESSIONAL. This form is made available to real estate professionals through an agreement with or purchase from the California Association of REALTORS®. It is not intended to identify the user as a REALTOR®. REALTOR® is a registered collective membership mark which may be used only by members of the NATIONAL ASSOCIATION OF REALTORS® who subscribe to its Code of Ethics.

Published and Distributed by:
REAL ESTATE BUSINESS SERVICES, LLC.
*a subsidiary of the CALIFORNIA ASSOCIATION OF REALTORS®*
525 South Virgil Avenue, Los Angeles, California 90020



**PRBS REVISED 12/21 (PAGE 1 OF 1)**

**POSSIBLE REPRESENTATION OF MORE THAN ONE BUYER OR SELLER (PRBS PAGE 1 OF 1)**

Authentisign ID: 20E73AA5-2726-4531-987B-A79ABF41EA29

CALIFORNIA
ASSOCIATION
OF REALTORS®

# VACANT LAND LISTING AGREEMENT
### (C.A.R. Form VLL, Revised 6/20)

Date Prepared: *December 6, 2022*

1. **EXCLUSIVE AUTHORIZATION:** *David M. Goodrich, Trustee La Costa Living Estates, LLC* ("Owner")
   hereby employs and grants *Prime Equity Properties, Inc.* ("Broker")
   beginning (date) *January 2, 2023* and ending at 11:59 P.M. on (date) *January 1, 2024* ("Listing Period")
   the exclusive and irrevocable right to: ☒ SELL, ☐ LEASE, ☐ EXCHANGE, ☐ OPTION, or ☐ OTHER _____
   the real property described as: *0 Sky Loft Road* ,
   situated in *Encinitas* (City), *San Diego* (County), California, *92024* (Zip Code),
   Assessor's Parcel No.: *216-110-12-00/216-100-01-0* ("Property").

2. **LISTING PRICE AND TERMS:**
   A. The listing price shall be *Seven Million* 
   _____ Dollars ($ *7,000,000.00* ).
   B. Additional Terms: *Bankruptcy Sale. Sale contingent upon bankruptcy trustee approval, court confirmation, and*
   *overbid process. 2 parcel numbers are included in this sale, 216-110-12-00 and 216-100-01-00* .

3. **COMPENSATION TO BROKER:**
   **Notice: The amount or rate of real estate commissions is not fixed by law. They are set by each Broker individually and may be negotiable between Owner and Broker (real estate commissions include all compensation and fees to Broker).**
   A. Owner agrees to pay to Broker as compensation for services irrespective of agency relationship(s): ☒ *6.000* percent of the listing price (or if a purchase agreement is entered into, of the contract price), or ☐ $_____,
   AND _____ , as follows:
      (1) If during the Listing Period, or any extension, Broker, cooperating broker, Owner or any other person procures a ready, willing and able buyer(s) or transferee(s) whose offer to purchase, lease, exchange, option, or otherwise transfer the Property on any price and terms is accepted by Owner, provided the Buyer or Transferee completes the transaction or is prevented from doing so by Owner. (It is agreed by Owner that any reference to Buyer or Prospective Buyer in this Agreement shall and does also include Transferee or Prospective Transferee. Broker is entitled to compensation whether any escrow or other transfer resulting from such offer closes during or after the expiration of the Listing Period or any extension.)
      OR (2) If within _____ calendar days (a) after the end of the Listing Period or any extension; or (b) after any cancellation of this Agreement, unless otherwise agreed, Owner enters into a contract to sell, convey, lease or otherwise transfer the Property to anyone ("Prospective Buyer") or that person's related entity: **(i)** who physically entered and was shown the Property during the Listing Period or any extension by Broker or a cooperating broker; or **(ii)** for whom Broker or any cooperating broker submitted to Owner a signed, written offer to acquire, lease exchange or obtain an option on the Property. Owner, however, shall have no obligation to Broker under paragraph 3A(2) unless, not later than the end of the Listing Period or any extension or cancellation, Broker has given Owner a written notice of the names of such Prospective Buyers.
      OR (3) If, without Broker's prior written consent, the Property is withdrawn from sale, conveyed, leased, rented, otherwise transferred, or made unmarketable by a voluntary act of Owner during the Listing Period, or any extension.
   B. If completion of the sale is prevented by a party to the transaction other than Owner, then compensation which otherwise would have been earned under paragraph 3A shall be payable only if and when Owner collects damages by suit, arbitration, settlement or otherwise, and then in an amount equal to the lesser of one-half of the damages recovered or the above compensation, after first deducting title and escrow expenses and the expenses of collection, if any.
   C. In addition, Owner agrees to pay Broker: _____
   D. Owner has been advised of Broker's policy regarding cooperation with, and the amount of compensation offered to, other brokers.
      (1) Broker is authorized to cooperate with and compensate brokers participating through the multiple listing service(s) ("MLS") by offering to MLS brokers out of Broker's compensation specified in 3A, either ☒ *3.000* percent of the purchase price, or ☐ $_____ .
      (2) Broker is authorized to cooperate with and compensate brokers operating outside the MLS as per Broker's policy.
   E. Owner hereby irrevocably assigns to Broker the above compensation from Owner's funds and proceeds in escrow. Broker may submit this Agreement, as instructions to compensate Broker pursuant to paragraph 3A, to any escrow regarding the Property involving Owner and a buyer, Prospective Buyer or other transferee.
   F. (1) Owner represents that Owner has not previously entered into a listing agreement with another broker regarding the Property, unless specified as follows: _____ .
      (2) Owner warrants that Owner has no obligation to pay compensation to any other broker regarding the Property unless the Property is transferred to any of the following individuals or entities: _____
      _____ .
      (3) If the Property is sold to anyone listed above during the time Owner is obligated to compensate another broker: **(i)** Broker is not entitled to compensation under this Agreement; and **(ii)** Broker is not obligated to represent Owner in such transaction.

© 2020, California Association of REALTORS®, Inc                Owner's Initials ( ___ ) ( ___ )

**VLL REVISED 6/20 (PAGE 1 OF 5)**

## VACANT LAND LISTING AGREEMENT (VLL PAGE 1 OF 5)

Authentisign ID: 20E73AA5-2726-4531-887B-A79ABF41EA29

Property Address: **0 Sky Loft Road, Encinitas,  92024**                    Date: **December 6, 2022**

4.  **A**  **ITEMS EXCLUDED AND INCLUDED:** Unless otherwise specified in a real estate purchase agreement, all fixtures and fittings that are attached to the Property are included, and personal property items are excluded, from the purchase price.
**ADDITIONAL ITEMS EXCLUDED:** _____ .
**ADDITIONAL ITEMS INCLUDED:** _____
Owner intends that the above items be excluded or included in offering the Property for sale, but understands that; (i) the purchase agreement supersedes any intention expressed above and will ultimately determine which items are excluded and included in the sale; and (ii) Broker is not responsible for and does not guarantee that the above exclusions and/or inclusions will be in the purchase agreement.

**B.**  **(1)  LEASED OR NOT OWNED ITEMS:** The following items are leased or not owned by Owner:
☐ Solar power system         ☐ Water Softener         ☐ _____
**(2)  LIENED ITEMS:** The following items have been financed and a lien has been placed on the Property to secure payment:
☐ Solar power system         ☐ _____
Owner will provide to Buyer, as part of the sales agreement, copies of lease documents, or other documents obligating Owner to pay for any such leased or liened item.

5.  **MULTIPLE LISTING SERVICE:**
**A.**  **WHAT IS AN MLS?** The MLS is a database of properties for sale that is available and disseminated to and accessible by all other real estate agents who are participants or subscribers to the MLS. As set forth in **paragraph 7**, participants and subscribers conducting public marketing of a property listing must submit the property information to the MLS. Property information submitted to the MLS describes the price, terms and conditions under which the Owner's property is offered for sale (including but not limited to the listing broker's offer of compensation to other brokers). It is likely that a significant number of real estate practitioners in any given area are participants or subscribers to the MLS. The MLS may also be part of a reciprocal agreement to which other multiple listing services belong. Real estate agents belonging to other multiple listing services that have reciprocal agreements with the MLS also have access to the information submitted to the MLS. The MLS may further transmit listing information to Internet sites that post property listings online.
**B.**  **WHAT INFORMATION IS PROVIDED TO THE MLS:** All terms of the transaction, including sales price and financing, if applicable, (i) will be provided to the MLS in which the Property is listed for publication, dissemination and use by persons and entities on terms approved by the MLS, and (ii) may be provided to the MLS even if the Property was not listed with the MLS. Owner consents to Broker providing a copy of this listing agreement to the MLS if required by the MLS.
**C.**  **WHAT IS BROKER'S MLS?** Broker is a participant/subscriber to _____ **CRMLS** _____ Multiple Listing Service (MLS) and possibly others. That MLS is (or if checked ☐ is not) the primary MLS for the geographic area of the Property. When required by paragraph 7 or by the MLS, Property will be listed with the MLS(s) specified above.

6.  **BENEFITS OF USING THE MLS; IMPACT OF OPTING OUT OF THE MLS**
**A.**  **EXPOSURE TO BUYERS THROUGH MLS:** Listing property with an MLS exposes an seller's property to all real estate agents and brokers (and their potential buyer clients) who are participants or subscribers to the MLS or a reciprocating MLS. The MLS may further transmit the MLS database to Internet sites that post property listings online.
**B.**  **IMPACT OF OPTING OUT OF MLS:** If Owner elects to exclude the Property from the MLS, Owner understands and acknowledges that: (i) Owner is authorizing limited exposure of the Property and NO marketing or advertising of the Property to the public will occur; (ii) real estate agents and brokers from other real estate offices, and their buyer clients, who have access to that MLS may not be aware that Owner's Property is offered for sale; (iii) Information about Owner's Property will not be transmitted from the MLS to various real estate Internet sites that are used by the public to search for property listings and; (iv) real estate agents, brokers and members of the public may be unaware of the terms and conditions under which Owner is marketing the Property.
**C.**  **REDUCTION IN EXPOSURE:** Any reduction in exposure of the Property may lower the number of offers and negatively impact the sales price.
**D.**  **NOT LISTING PROPERTY IN A LOCAL MLS:** If the Property is listed in an MLS which does not cover the geographic area where the Property is located then real estate agents and brokers working that territory, and Buyers they represent looking for property in the neighborhood, may not be aware the Property is for sale.

| Owner's Initials ( ✔ )( _____ ) | Broker's/Agent's Initials ( ✔ )( _____ ) |

7.  **PUBLIC MARKETING OF PROPERTY:**
**A.**  **CLEAR COOPERATION POLICY:** MLS rules require (☐ Do NOT require - see 7F) that residential real property with one to four units and vacant lot listings be submitted to the MLS within 1 business day of any public marketing.
**B.**  **PUBLIC MARKETING WITHIN CLEAR COOPERATION: (i) Public marketing** includes, but is not limited to, flyers displayed in windows, yard signs, digital marketing on public facing websites, brokerage website displays, digital communications marketing and email blasts, multi-brokerage listing sharing networks, marketing to closed or private listing clubs or groups, and applications available to the general public. **(ii)** Public marketing does not include an office exclusive listing where there is direct promotion of the listing between the brokers and licensees affiliated with the listing brokerage, and one-to-one promotion between these licensees and their clients.
**C.**  **"COMING SOON" STATUS IMPACT ON MARKETING:** Owner is advised to discuss with Broker the meaning of "Coming Soon" as that term applies to the MLS in which the Property will be listed, and how any Coming Soon status will impact when and how a listing will be viewable to the public via the MLS. Owner does (☐ does not) authorize Broker to utilize Coming Soon status, if any.
**D.**  **Owner Instructs Broker:**
**(1)**  Owner instructs Broker to market the Property to the public, and to start marketing on the beginning date of this Agreement or ☐ _____ (date).

**VLL REVISED 6/20 (PAGE 2 OF 5)**                     Owner's Initials ( ✔ ) ( _____ )

Authentisign ID: 20E73AA5-2726-4531-887B-A79ABF41EA29

Property Address: *0 Sky Loft Road, Encinitas,  92024*                                     Date: *December 6, 2022*

**OR (2)** ☐ Owner instructs Broker NOT to market the Property to the public. (MLS may require C.A.R. Form SELM or local equivalent form) Owner understands that no public marketing will occur and the scope of marketing that will occur will consist only of direct one-on-one promotion between the brokers and licensees affiliated with the listing brokerage and their respective clients.

**E.** **Whether 7D(1) or 7D(2) is selected,** Owner understands and agrees that should any public marketing of the property occur, the Property listing will be submitted to the MLS within 1 business day.

**F.** ☐ **CLEAR COOPERATION POLICY DOES NOT APPLY:** Paragraphs 7A (other than the language in the parenthetical), 7B, 7D and 7E do not apply to this listing. Broker shall disclose to Owner and obtain Owner's consent for any instruction to not market the Property on the MLS or to the public.

**8.** **MLS DATA ON THE INTERNET:** MLS rules allow MLS data to be made available by the MLS to additional Internet sites unless Broker gives the MLS instructions to the contrary. Specific information that can be excluded from the Internet as permitted by (or in accordance with) the MLS is as follows:

**A.** **PROPERTY OR PROPERTY ADDRESS:** Owner can instruct Broker to have the MLS not display the Property or the Property address on the Internet (C.A.R. Form SELI). Owner understands that either of these opt-outs would mean consumers searching for listings on the Internet may not see the Property or Property's address in response to their search.

**B.** **FEATURE OPT-OUTS:** Owner can instruct Broker to advise the MLS that Owner does not want visitors to MLS Participant or Subscriber Websites or Electronic Displays that display the Property listing to have the features below (C.A.R. Form SELI). Owner understands **(i)** that these opt-outs apply only to Websites or Electronic Displays of MLS Participants and Subscribers who are real estate broker and agent members of the MLS; **(ii)** that other Internet sites may or may not have the features set forth herein; and **(iii)** that neither Broker nor the MLS may have the ability to control or block such features on other Internet sites.

**(1)** **COMMENTS AND REVIEWS:** The ability to write comments or reviews about the Property on those sites; or the ability to link to another site containing such comments or reviews if the link is in immediate conjunction with the Property display.

**(2)** **AUTOMATED ESTIMATE OF VALUE:** The ability to create an automated estimate of value or to link to another site containing such an estimate of value if the link is in immediate conjunction with the Property display.

☐ Owner elects to opt out of certain Internet features as provided by C.A.R. Form SELI or the local equivalent form.

**9.** **OWNER REPRESENTATIONS:** Owner represents that, unless otherwise specified in writing, Owner is unaware of:
**(i)** any Notice of Default recorded against the Property; **(ii)** any delinquent amounts due under any loan secured by, or other obligation affecting, the Property; **(iii)** any bankruptcy, insolvency or similar proceeding affecting the Property; **(iv)** any litigation, arbitration, administrative action, government investigation or other pending or threatened action that affects or may affect the Property or Owner's ability to transfer it; and **(v)** any current, pending or proposed special assessments affecting the Property. Owner shall promptly notify Broker in writing if Owner becomes aware of any of these items during the Listing Period or any extension thereof.

**10.** **BROKER'S AND OWNER'S DUTIES:**

**A.** Broker agrees to exercise reasonable effort and due diligence to achieve the purposes of this Agreement. Unless Owner gives Broker written instructions to the contrary, Broker is authorized, but not required, to **(i)** order reports and disclosures including those specified in 7C as necessary, **(ii)** advertise and market the Property by any method and in any medium selected by Broker, including MLS and the Internet, and, to the extent permitted by these media, control the dissemination of the information submitted to any medium; and **(iii)** disclose to any real estate licensee making an inquiry the receipt of any offers on the Property and the offering price of such offers.

**B.** Broker agrees to present all offers received for Owner's Property, and present them to Owner as soon as possible, unless Owner gives Broker written instructions to the contrary.

**C.** Owner agrees to consider offers presented by Broker, and to act in good faith to accomplish the sale of the Property by, among other things, making the Property available for showing at reasonable times and, subject to paragraph 3F, referring to Broker all inquiries of any party interested in the Property. Owner is responsible for determining at what price to list and sell the Property.

**D.** **Investigations and Reports:** Owner agrees, within **5 (or ___) Days** of the beginning date of this Agreement, to pay for the following pre-sale reports: ☐ Structural Pest Control ☐ General Property Inspection ☐ Homeowners Association Documents ☐ Other _____. If Property is located in a Common Interest Development or Homeowners Association, Owner is advised that there may be benefits to obtaining any required documents prior to entering into escrow with any buyer. Such benefits may include, but not be limited to, potentially being able to lower costs in obtaining the documents and avoiding any potential delays or complications due to late or slow delivery of such documents.

**E.** Owner agrees to provide Broker and transferee(s) all written disclosures, as required by law. Owner further agrees to immediately disclose in writing any condition known to Owner that affects the Property, including, but not limited to, any past or current generation, storage, release, threatened release, disposal, and presence and location of asbestos, PCB transformers, petroleum products, flammable explosives, underground storage tanks, and other hazardous, toxic or contaminated substances or conditions in, or, or about the Property. Owner shall maintain public liability and property damage insurance on the Property during the Listing Period or any extension. Owner waives all subrogation rights under any insurance against Broker, cooperating brokers or employees.

**F.** Owner further agrees to indemnify, defend and hold Broker harmless from all claims, disputes, litigation, judgments, attorney fees and costs arising from any incorrect or incomplete information supplied by Owner, or from any material facts that Owner knows but fails to disclose including dangerous or hidden conditions on the Property.

**G.** ☐ (If checked) The attached property disclosures is part of this Listing Agreement and may be provided to Prospective Transferees.

**11.** **DEPOSIT:** Broker is authorized to accept and hold on Owner's behalf any deposits to be applied toward the purchase price.

**12.** **AGENCY RELATIONSHIPS:**

**A.** DISCLOSURE: The Seller acknowledges receipt of a ☒ "Disclosure Regarding Real Estate Agency Relationships" (C.A.R. Form AD).

**VLL REVISED 6/20 (PAGE 3 OF 5)**                    Owner's Initials ( ⟍ )  ( ____ )

Property Address: *0 Sky Loft Road, Encinitas,  92024*                                        Date: *December 6, 2022*

**B.  OWNER REPRESENTATION:** Broker shall represent Owner in any resulting transaction, except as specified in paragraph 3F.

**C.  POSSIBLE DUAL AGENCY WITH BUYER:** Depending upon the circumstances, it may be necessary or appropriate for Broker to act as an agent for both Owner and buyer, exchange party, or one or more additional parties ("Buyer"). Broker shall, as soon as practicable, disclose to Owner any election to act as a dual agent representing both Owner and Buyer. If a Buyer is procured directly by Broker or an associate-licensee in Broker's firm, Owner hereby consents to Broker acting as a dual agent for Owner and Buyer. In the event of an exchange, Owner hereby consents to Broker collecting compensation from additional parties for services rendered, provided there is disclosure to all parties of such agency and compensation. Owner understands and agrees that: a dual agent may not, without the express permission of the respective party, disclose to the other party confidential information, including, but not limited to, facts relating to either the Buyer's or Owner's financial position, motivations, bargaining position, or other personal information that may impact price, including the Owner's willingness to accept a price less than the listing price or the Buyer's willingness to pay a price greater than the price offered; and except as set forth above, a dual agent is obligated to disclose known facts materially affecting the value or desirability of the Property to both parties.

**D.  CONFIRMATION:** Broker shall confirm the agency relationship described above, or as modified, in writing, prior to or concurrent with Owner's execution of a purchase agreement.

**E.  Potentially Competing Sellers and Buyers:** Owner understands that Broker may have or obtain listings on other properties, and that potential buyers may consider, make offers on, or purchase through Broker, property the same as or similar to Owner's Property. Owner consents to Broker's representation of sellers and buyers of other properties before, during and after the end of this Agreement. Owner acknowledges receipt of a ☒ "Possible Representation of More than One Buyer or Seller - Disclosure and Consent" (C.A.R. Form PRBS).

**13. SECURITY, INSURANCE, SHOWINGS, AUDIO AND VIDEO:** Broker is not responsible for loss of or damage to personal or real property, or person, whether attributable to use of a keysafe/lockbox, a showing of the Property, or otherwise. Third parties, including, but not limited to, appraisers, inspectors, brokers and prospective buyers, may have access to, and take videos and photographs of, the interior of the Property. Owner agrees: **(i)** to take reasonable precautions to safeguard and protect valuables that might be accessible during showings of the Property; **(ii)** to obtain insurance to protect against these risks. Broker does not maintain insurance to protect Owner. Persons visiting the Property may not be aware that they could be recorded by audio or visual devices installed by Owner (such as "nanny cams" and hidden security cameras). Owner is advised to post notice disclosing the existence of security devices.

**14. PHOTOGRAPHS AND INTERNET ADVERTISING:**

**A.** In order to effectively market the Property for sale it is often necessary to provide photographs, including aerial photographs, virtual tours and other media to buyers. Owner agrees (or ☐ if checked, does not agree) that Broker or others may photograph or otherwise electronically capture images of the exterior and interior of the Property ("Images") for static and/or virtual tours of the Property by buyers and others for use on Broker's website, the MLS, and other marketing materials and sites. Owner acknowledges that if Broker engages third parties to capture and/or reproduce and display Images, the agreement between Broker and those third parties may provide such third parties with certain rights to those Images. The rights to the Images may impact Broker's control or lack of control of future use of the Images. If Owner is concerned, Owner should request that Broker provide any third parties' agreement impacting the Images. Owner also acknowledges that once Images are placed on the Internet neither Broker nor Owner has control over who can view such Images and what use viewers may make of the Images, or how long such Images may remain available on the Internet. Owner further assigns any rights in all Images to the Broker/Agent and agrees that such Images are the property of Broker/Agent and that Broker/Agent may use such Images for advertising, including post sale and for Broker/Agent's business in the future.

**B.** Owner acknowledges that prospective buyers and/or other persons coming onto the property may take photographs, videos or other images of the property. Owner understands that Broker does not have the ability to control or block the taking and use of Images by any such persons. (If checked) ☐ Owner instructs Broker to publish in the MLS that taking of Images is limited to those persons preparing Appraisal or Inspection reports. Owner acknowledges that unauthorized persons may take images who do not have access to or have not read any limiting instruction in the MLS or who take images regardless of any limiting instruction in the MLS. Once Images are taken and/or put into electronic display on the Internet or otherwise, neither Broker nor Owner has control over who views such Images nor what use viewers may make of the Images.

**15. KEYSAFE/LOCKBOX:** A key safe/lockbox is designed to hold a key to the Property to permit access to the Property by Broker, cooperating brokers, MLS participants, their authorized licensees and representatives, authorized inspectors, and accompanied prospective buyers. Owner further agrees that Broker, at Broker's discretion, and without further approval from Owner, shall have the right to grant access to and convey Owner's consent to access the Property to inspectors, appraisers, workers, repair persons, and other persons requiring entry to the Property in order to facilitate the sale of the Property. Broker, cooperating brokers, MLS and Associations/Boards of REALTORS® are not insurers against injury, theft, loss, vandalism or damage attributed to the use of a key safe/lockbox. Owner does (or if checked ☐ does not) authorize Broker to install a key safe/lockbox. If Owner does not occupy the Property, Owner shall be responsible for obtaining occupant(s)' written permission for use of a key safe/lockbox (C.A.R. Form KLA).

**16. SIGN:** Owner does (or if checked ☐ does not) authorize Broker to install a FOR SALE/SOLD sign on the Property.

**17. EQUAL HOUSING OPPORTUNITY:** The Property is offered in compliance with federal, state and local anti-discrimination laws.

**18. ATTORNEY FEES:** In any action, proceeding or arbitration between Owner and Broker to enforce the compensation provisions of this Agreement, the prevailing Owner or Broker shall be entitled to reasonable attorney fees and costs from the non-prevailing Owner or Broker, except as provided in paragraph 22A.

**19. ADDITIONAL TERMS:** ☐ REO Advisory Listing (C.A.R. Form REOL) ☐ Short Sale Information and Advisory (C.A.R. Form SSIA) ☐ Trust Advisory (C.A.R. Form TA)
☐ Owner intends to include a contingency to purchase a replacement property as part of any resulting transaction _____

_____

**VLL REVISED 6/20 (PAGE 4 OF 5)**                                        Owner's Initials  ( ⟋⟍ )  (        )
**VACANT LAND LISTING AGREEMENT (VLL PAGE 4 OF 5)**
Produced with Lone Wolf Transactions (zipForm Edition) 717 N Harwood St, Suite 2200, Dallas, TX 75201   www.lwolf.com                Sky Loft Road

Authentisign ID: 20E73AA5-2726-4531-887B-A79ABF41EA29

Property Address: *0 Sky Loft Road, Encinitas,  92024*                                  Date: **December 6, 2022**

20. **MANAGEMENT APPROVAL:** If an associate-licensee in Broker's office (salesperson or broker-associate) enters into this Agreement on Broker's behalf, and Broker or Manager does not approve of its terms, Broker or Manager has the right to cancel this Agreement, in writing, within 5 Days after its execution.

21. **SUCCESSORS AND ASSIGNS:** This Agreement shall be binding upon Owner and Owner's successors and assigns.

22. **DISPUTE RESOLUTION:**
   A. **MEDIATION:** Owner and Broker agree to mediate any dispute or claim arising between them regarding the obligation to pay compensation under this Agreement, before resorting to arbitration or court action. Mediation fees, if any, shall be divided equally among the parties involved. If, for any dispute or claim to which this paragraph applies, any party **(i)** commences an action without first attempting to resolve the matter through mediation, or **(ii)** before commencement of an action, refuses to mediate after a request has been made, then that party shall not be entitled to recover attorney fees, even if they would otherwise be available to that party in any such action. Exclusions from this mediation agreement are specified in paragraph 22B.
   B. **ADDITIONAL MEDIATION TERMS: The following matters shall be excluded from mediation: (i) a judicial or non-judicial foreclosure or other action or proceeding to enforce a deed of trust, mortgage or installment land sale contract as defined in Civil Code §2985; (ii) an unlawful detainer action; (iii) the filing or enforcement of a mechanic's lien; and (iv) any matter that is within the jurisdiction of a probate, small claims or bankruptcy court. The filing of a court action to enable the recording of a notice of pending action, for order of attachment, receivership, injunction, or other provisional remedies, shall not constitute a waiver or violation of the mediation provisions.**
   C. **ARBITRATION ADVISORY:** If Seller and Broker desire to resolve disputes arising between them through arbitration rather than court, they can document their agreement by attaching and signing an Arbitration Agreement (C.A.R. Form ARB).

23. **ENTIRE AGREEMENT:** All prior discussions, negotiations and agreements between the parties concerning the subject matter of this Agreement are superseded by this Agreement, which constitutes the entire contract and a complete and exclusive expression of their agreement and may not be contradicted by evidence of any prior agreement or contemporaneous oral agreement. If any provision of this Agreement is held to be ineffective or invalid, the remaining provisions will nevertheless be given full force and effect. This Agreement and any supplement, addendum or modification, including any photocopy or facsimile, may be executed in counterparts.

24. **OWNERSHIP, TITLE AND AUTHORITY:** Owner warrants that: **(i)** Owner is the owner of the Property; **(ii)** no other persons or entities have title to the Property; and **(iii)** Owner has the authority to both execute this Agreement and sell the Property. Exceptions to ownership, title and authority are as follows: _____

[X] **REPRESENTATIVE CAPACITY:** This Listing Agreement is being signed for Owner by an individual acting in a Representative Capacity as specified in the attached Representative Capacity Signature Disclosure (C.A.R. Form RCSD-S). Wherever the signature or initials of the representative identified in the RCSD appear on this Agreement or any related documents, it shall be deemed to be in a representative capacity for the entity described and not in an individual capacity, unless otherwise indicated. Owner **(i)** represents that the entity for which the individual is signing already exists and **(ii)** shall Deliver to Broker, within 3 Days after execution of this Agreement, evidence of authority to act (such as but not limited to: applicable trust document, or portion thereof, letters testamentary, court order, power of attorney, resolution, or formation documents of the business entity).

**By signing below, Owner acknowledges that Owner has read, understands, received a copy of and agrees to the terms of this Listing Agreement and any attached schedule of compensation.**

Owner _____   David M. Goodrich, Trustee La Costa Living Date *12/7/22*
Address *650 Town Center Dr #950* _____  City *Costa Mesa* _____  State *CA*  Zip *92626*
Telephone *(714)966-1000* ____  Fax _____  E-mail *dgoodrich@go2.law* _____

Owner _____   Date _____
Address _____  City _____  State ____  Zip _____
Telephone _____  Fax _____  E-mail _____

[ ] Additional Signature Addendum attached (C.A.R. Form ASA)

Real Estate Broker (Firm) *Prime Equity Properties, Inc.* _____  DRE Lic. **# 02064505**
Address *620 Newport Center Dr Ste 1100* _____  City *Newport Beach* _____  State *CA*  Zip *92660-8011*
By *Todd Frelinger* _____  Tel.*(949)416-9856* ____  E-mail *todd@primeequityproperties.co*  DRE Lic.*#01748434*  Date *12/06/2022*
   *Todd Frelinger*
By _____  Tel. _____  E-mail _____  DRE Lic.# _____  Date _____

[ ] Two Brokers with different companies are co-listing the Property. Co-listing Broker information is on the attached Additional Broker Acknowledgement (C.A.R. Form ABA).

© 2020, California Association of REALTORS®, Inc. United States copyright law (Title 17 U.S. Code) forbids the unauthorized distribution, display and reproduction of this form, or any portion thereof, by photocopy machine or any other means, including facsimile or computerized formats. THIS FORM HAS BEEN APPROVED BY THE CALIFORNIA ASSOCIATION OF REALTORS®. NO REPRESENTATION IS MADE AS TO THE LEGAL VALIDITY OR ACCURACY OF ANY PROVISION IN ANY SPECIFIC TRANSACTION. A REAL ESTATE BROKER IS THE PERSON QUALIFIED TO ADVISE ON REAL ESTATE TRANSACTIONS. IF YOU DESIRE LEGAL OR TAX ADVICE, CONSULT AN APPROPRIATE PROFESSIONAL. This form is made available to real estate professionals through an agreement with or purchase from the California Association of REALTORS®. It is not intended to identify the user as a REALTOR®. REALTOR® is a registered collective membership mark which may be used only by members of the NATIONAL ASSOCIATION OF REALTORS® who subscribe to its Code of Ethics.

Published and Distributed by:
REAL ESTATE BUSINESS SERVICES, LLC.
*a subsidiary of the California Association of REALTORS®*
525 South Virgil Avenue, Los Angeles, California 90020

**VLL REVISED 6/20 (PAGE 5 OF 5)**          | Reviewed by _____ |

**VACANT LAND LISTING AGREEMENT (VLL PAGE 5 OF 5)**

Authentisign ID: 20E73AA5-2726-4531-887B-A79ABF41EA29

CALIFORNIA
ASSOCIATION
OF REALTORS®

## SELLER'S VACANT LAND ADVISORY
(C.A.R. Form SVLA, 12/19)

1. **INTRODUCTION:** Selling property in California is a process that involves many steps. From start to finish, it could take anywhere from a few weeks to many months, depending upon the condition of your Property, local market conditions and other factors. You have already taken an important step by listing your Property for sale with a licensed real estate broker. Your broker will help guide you through the process and may refer you to other professionals, as needed. This advisory addresses many things you may need to think about and do as you market your Property. Some of these things are requirements imposed upon you, either by law or by the listing or sale contract. Others are simply practical matters that may arise during the process. Please read this document carefully and, if you have any questions, ask your broker or appropriate legal or tax advisor for help.

2. **DISCLOSURES:**
   A. **General Disclosure Duties:** You must affirmatively disclose to the buyer, in writing, any and all known facts that materially affect the value or desirability of your Property. You must disclose these facts whether or not asked about such matters by the buyer, any broker, or anyone else. This duty to disclose applies even if the buyer agrees to purchase your Property in its present condition without requiring you to make any repairs. If you do not know what or how to disclose, you should consult a real estate attorney in California of your choosing. Broker cannot advise you on the legal sufficiency of any disclosures you make.
   B. **Specific Contractual Disclosure Duties:**
      (1) The Vacant Land Purchase Agreement provides that the seller shall, if required by Law, deliver to buyer information regarding earthquakes, environmental hazards, flood hazards, and fire hazards
      (2) If seller has actual knowledge, the Purchase Contract requires seller to disclose **(i)** Legal Proceedings affecting the Property, **(ii)** Agricultural Use restrictions, **(iii)** Deed restrictions; **(iv)** Farm Use and right to farm issues, **(v)** Endangered Species issues, **(vi)** Environmental Hazards, **(vii)** Common Walls, **(viii)** Landlocked property, **(ix)** Easements and Encroachments, **(x)** Soil fill and Soil problems, **(xi)** Earthquake damage, **(xii)** Zoning Issues, **(xiii)** Neighborhood problems.
      (3) Existing Rental and Service agreements must be disclosed.
      (4) Seller is also required to make a good faith effort to obtain and deliver to the buyer a disclosure notice from the appropriate local agency(ies) about any special tax levied on your Property pursuant to the Mello-Roos Community Facilities Act, the Improvement Bond Act of 1915, and a notice concerning the contractual assessment provided by section 5898.24 of the Streets and Highways Code.
      (5) Common Interest Developments: If the Property is in a common interest development, you must provide to the buyer copies of the governing documents, the most recent financial statements distributed, and other documents required by law or contract. If you do not have a current version of these documents, you can request them from the management of your homeowners' association. To avoid delays, you are encouraged to obtain these documents as soon as possible, even if you have not yet entered into a purchase agreement to sell your Property.
      (6) Contract Terms and Conditions: A buyer may request, as part of the contract for the sale of your Property, that you pay for repairs to the Property and other items. Your decision on whether or not to comply with a buyer's requests may affect your ability to sell your Property at a specified price.
   C. **Other Legal Duties Withholding Taxes:** Under federal and California tax laws, a buyer is required to withhold a portion of the purchase price from your sale proceeds for tax purposes unless you sign an affidavit of non-foreign status and California residency, or some other exemption applies and is documented.
   D. **Prohibition Against Discrimination:** Discriminatory conduct in the sale of real property against individuals belonging to legally protected classes is a violation of the law.

3. **LEGAL AND TAX IMPLICATIONS:** Your Property may have legal, tax, insurance, title or other implications. You should consult an appropriate professional for advice on these matters.

4. **MARKETING CONSIDERATIONS:**
   A. **Pre-Sale Inspections and Considerations:** You should consider doing what you can to prepare your Property for sale. Many people are not aware of defects in or problems with their own Property. One way to make yourself aware is to obtain professional inspections prior to sale. Pre-sale inspections may include a general property inspection and an inspection of the septic or well systems, if any, among others. By doing this, you then have an opportunity to make repairs before your Property is sold, which may enhance its marketability. Keep in mind, however, that any problems revealed by such inspection reports or repairs that have been made, whether or not disclosed in a report, should be disclosed to the buyer (see "Disclosures" in paragraph 2 above). This is true even if the buyer gets his/her own inspections covering the same area. Obtaining inspection reports may also assist you during contract negotiations with the buyer.
   B. **Safety Precautions:** Advertising and marketing your Property for sale, including, but not limited to, placing a

© 2019, California Association of REALTORS®, Inc.

SVLA 12/19 (PAGE 1 OF 2)

## SELLER'S VACANT LAND ADVISORY (SVLA PAGE 1 OF 2)

Authentisign ID: 20E73AA5-2726-4531-887B-A79ABF41EA29

keysafe/lockbox, erecting FOR SALE signs, and disseminating photographs, videotapes, and virtual tours of the Property, may jeopardize the safety of your Property. You are strongly encouraged to maintain insurance, and to take any and all possible precautions and safeguards to protect Property, and your belongings, including valuables located on the Property.

C. **Expenses:** You are advised that you, not the Broker, are responsible for the fees and costs, if any, to comply with your duties and obligations to the buyer of your Property.

**5. OTHER ITEMS:**

_____

_____

Seller has read and understands this Advisory. By signing below, Seller acknowledges receipt of a copy of this document.

Seller _____   Date _12/7/22_

_David M. Goodrich, Trustee La Costa Living Estates, LLC_
Print Name

Seller _____   Date _____

_____
Print Name

Real Estate Broker (Listing Firm) _Prime Equity Properties, Inc._   DRE Lic# _02064505_

By _Todd Frelinger_   _Todd Frelinger_ DRE Lic # _01748434_   Date _12/06/2022_
By _12/6/2022 5:19:20 PM PST_ _____   DRE Lic # _____   Date _____

Address _620 Newport Center Dr Ste 1100_   City _Newport Beach_   State _CA_   Zip _92660-8011_

Telephone _(949)416-9856_   Fax _____   E-mail _todd@primeequityproperties.com_

© 2019, California Association of REALTORS®, Inc. United States copyright law (Title 17 U.S. Code) forbids the unauthorized distribution, display and reproduction of this form, or any portion thereof, by photocopy machine or any other means, including facsimile or computerized formats.
THIS FORM HAS BEEN APPROVED BY THE CALIFORNIA ASSOCIATION OF REALTORS®. NO REPRESENTATION IS MADE AS TO THE LEGAL VALIDITY OR ACCURACY OF ANY PROVISION IN ANY SPECIFIC TRANSACTION. A REAL ESTATE BROKER IS THE PERSON QUALIFIED TO ADVISE ON REAL ESTATE TRANSACTIONS. IF YOU DESIRE LEGAL OR TAX ADVICE, CONSULT AN APPROPRIATE PROFESSIONAL.
This form is made available to real estate professionals through an agreement with or purchase from the California Association of REALTORS®. It is not intended to identify the user as a REALTOR®. REALTOR® is a registered collective membership mark which may be used only by members of the NATIONAL ASSOCIATION OF REALTORS® who subscribe to its Code of Ethics.

Published and Distributed by:
REAL ESTATE BUSINESS SERVICES, LLC.
a subsidiary of the CALIFORNIA ASSOCIATION OF REALTORS®
525 South Virgil Avenue, Los Angeles, California 90020



SVLA 12/19 (PAGE 2 OF 2)

**SELLER'S VACANT LAND ADVISORY (SVLA PAGE 2 OF 2)**

Authentisign ID: 20E73AA5-2726-4531-887B-A79ABF41EA29



CALIFORNIA
ASSOCIATION
OF REALTORS®

## CALIFORNIA CONSUMER PRIVACY ACT ADVISORY, DISCLOSURE AND NOTICE
(C.A.R. Form CCPA, Revised 12/21)

The California Consumer Privacy Act (commencing with Civil Code § 1798.100) ("CCPA") grants to California residents certain rights in their private, personal information ("PI") that is collected by companies with whom they do business. Under the CCPA, PI is defined broadly to encompass non-public records information that could reasonably be linked directly or indirectly to you. PI could potentially include photographs of, or sales information about, your property.

During the process of buying and selling real estate your PI will be collected and likely shared with others, including real estate licensees, a Multiple Listing Service, real estate internet websites, service providers, lenders, and title and escrow companies, to name several possibilities. Businesses that are covered by the CCPA are required to grant you various rights in your PI, including the right to know what PI is collected, "opt out" or stop the transfer of your PI to others, and the right to request that the business delete your PI entirely. You may get one or more notices regarding your CCPA rights from businesses you interact with in a real estate transaction. However, not all businesses that receive or share your PI are obligated to comply with the CCPA. Also, even businesses that are otherwise covered under the CCPA may have a legal obligation to maintain PI, notwithstanding your instruction to the contrary. For instance, regardless of whether they are covered by CCPA, under California law, brokers and Multiple Listing Services are required to maintain their records for 3 years. If you wish to exercise your rights under CCPA, where applicable, you should contact the respective business directly.

You can obtain more information about the CCPA and your rights under the law from the State of California Department of Justice (oag.ca.gov/privacy/ccpa).

**I/we acknowledge receipt of a copy of this California Consumer Privacy Act Advisory, Disclosure and Notice.**

Buyer/Seller/Landlord/Tenant _____  Date _12/7/22_
*David M. Goodrich, Trustee La Costa Living Estates, LLC*

Buyer/Seller/Landlord/Tenant _____  Date _____

© 2021, California Association of REALTORS®, Inc. United States copyright law (Title 17 U.S. Code) forbids the unauthorized distribution, display and reproduction of this form, or any portion thereof, by photocopy machine or any other means, including facsimile or computerized formats. THIS FORM HAS BEEN APPROVED BY THE CALIFORNIA ASSOCIATION OF REALTORS®. NO REPRESENTATION IS MADE AS TO THE LEGAL VALIDITY OR ACCURACY OF ANY PROVISION IN ANY SPECIFIC TRANSACTION. A REAL ESTATE BROKER IS THE PERSON QUALIFIED TO ADVISE ON REAL ESTATE TRANSACTIONS. IF YOU DESIRE LEGAL OR TAX ADVICE, CONSULT AN APPROPRIATE PROFESSIONAL. This form is made available to real estate professionals through an agreement with or purchase from the California Association of REALTORS®. It is not intended to identify the user as a REALTOR®. REALTOR® is a registered collective membership mark which may be used only by members of the NATIONAL ASSOCIATION OF REALTORS® who subscribe to its Code of Ethics.

Published and Distributed by:
REAL ESTATE BUSINESS SERVICES, LLC.
*a subsidiary of the CALIFORNIA ASSOCIATION OF REALTORS®*
525 South Virgil Avenue, Los Angeles, California 90020

**CCPA REVISED 12/21 (PAGE 1 OF 1)**

**CALIFORNIA CONSUMER PRIVACY ACT ADVISORY (CCPA PAGE 1 OF 1)**

Authentisign ID: 695FFDB2-9B16-4C2A-9D4E-DEFEF7131776



CALIFORNIA
ASSOCIATION
OF REALTORS®

## REPRESENTATIVE CAPACITY SIGNATURE DISCLOSURE
## (FOR SELLER REPRESENTATIVES)
(C.A.R. Form RCSD-S, Revised 12/21)

This form is not an assignment. It should not be used to add new parties after a contract has been formed. The purpose of this form is to identify who the principal is in the transaction and who has authority to sign documents on behalf of the principal.

☐ The disclosure in this form supersedes any Legally Authorized Signer representation or Representative Capacity Signature Disclosure made in the Agreement specified below or on separate form.
This is a disclosure to the Purchase Agreement, OR ☒ Listing Agreement, ☐ Other _____
_____ ("Agreement"),
dated _12/06/2022_, for the property known as _____ *0 Sky Loft Road, Encinitas, 92024* _____ ("Property"),
between _____ *Prime Equity Properties, Inc.* _____ ("Buyer", ☒ Listing Broker).
And _____ *David M. Goodrich, Trustee La Costa Living Estates, LLC* _____ ("Seller").
Buyer and Seller are referred to as the "Parties." If a trust, in the blank line above identify Seller as the trustee(s) of the trust or by simplified trust name (ex. John Doe, co-trustee, Jane Doe, co-trustee or Doe Revocable Family Trust 3.). Full name of trust should be identified in 1A below. If power of attorney, insert principal's name as Seller.

1.   A.   ☐ **TRUST:** (1) The Property is held in trust pursuant to a trust document, titled (Full name of trust): _____
_____
_____ dated _____
(2) The person(s) signing below is/are Sole/Co/Successor Trustee(s) of the Trust.
   B.   ☒ **ENTITY:** Seller is a ☐ Corporation, ☒ Limited Liability Company, ☐ Partnership ☐ Other: _____
which has authorized the officer(s), managing member(s), partner(s) or person(s) signing below to act on its behalf.
An authorizing resolution of the applicable body of the entity described above ☐ is ☒ is not attached.
   C.   ☐ **POWER OF ATTORNEY:** Seller ("Principal") has authorized the person(s) signing below ("Attorney-In-Fact", "Power of Attorney" or "POA") to act on his/her behalf pursuant to a General Power of Attorney (☐ Specific Power of Attorney for the Property), dated _____. **This form is not a Power of Attorney. A Power of Attorney must have already been executed before this form is used.**
   D.   ☐ **ESTATE:** (1) Seller is an ☐ estate, ☐ conservatorship, or ☐ guardianship, identified by Superior Court Case name as _____, Case # _____.
(2) The person(s) signing below is/are court approved representatives (whether designated as Sole or Co-Executor, Administrator, Conservator, Guardian) of the estate, conservatorship or guardianship identified above.

2.   Seller's Representative represents that the trust, entity or power of attorney for which that Party is acting already exists.

**Seller:**
By _____ Date: _12/7/22_
(Sign Name of Trustee, Officer, Managing Member, Partner, Attorney-in-Fact or Administrator/Executor)

(Print Representative Name) *David M. Goodrich* _____ Title: *Trustee, La Costa Living Estates, LLC*

By _____ Date: _____
(Sign Name of Trustee, Officer, Managing Member, Partner, Attorney-in-Fact or Administrator/Executor)

(Print Representative Name) _____ Title: _____

**Acknowledgement of Receipt by Other Party:**

| **AT TIME OF SALE** |
| --- |
| Seller and _____ ("Buyer") are parties to a Purchase Agreement dated _____ for property known as *0 Sky Loft Road, Encinitas, 92024* _____ . |
| Buyer _____ Date _____ |
| Buyer _____ Date _____ |

© 2021, California Association of REALTORS®, Inc.

**RCSD-S REVISED 12/21 (PAGE 1 OF 2)**

**REPRESENTATIVE CAPACITY SIGNATURE DISCLOSURE (RCSD-S PAGE 1 OF 2)**

Authentisign ID: 695FFDB2-9B16-4C2A-9D4E-DEFEF7131776

---

**AT TIME OF LISTING AGREEMENT**

Seller and _____ ***Prime Equity Properties, Inc.*** _____ ("Seller's Broker")

are parties to a Listing Agreement dated __*12/06/2022*__ .

Real Estate Broker ***Prime Equity Properties, Inc.***
_____

By ⌐Authentisign⌐ *Todd Frelinger* _____    Date    12/06/2022
      └Todd Frelinger 10:19 AM PST┘
   *Todd Frelinger*

---

© 2021, California Association of REALTORS®, Inc. United States copyright law (Title 17 U.S. Code) forbids the unauthorized distribution, display and reproduction of this form, or any portion thereof, by photocopy machine or any other means, including facsimile or computerized formats. THIS FORM HAS BEEN APPROVED BY THE CALIFORNIA ASSOCIATION OF REALTORS®. NO REPRESENTATION IS MADE AS TO THE LEGAL VALIDITY OR ACCURACY OF ANY PROVISION IN ANY SPECIFIC TRANSACTION. A REAL ESTATE BROKER IS THE PERSON QUALIFIED TO ADVISE ON REAL ESTATE TRANSACTIONS. IF YOU DESIRE LEGAL OR TAX ADVICE, CONSULT AN APPROPRIATE PROFESSIONAL. This form is made available to real estate professionals through an agreement with or purchase from the California Association of REALTORS®. It is not intended to identify the user as a REALTOR®. REALTOR® is a registered collective membership mark which may be used only by members of the NATIONAL ASSOCIATION OF REALTORS® who subscribe to its Code of Ethics.

Published and Distributed by:
REAL ESTATE BUSINESS SERVICES, LLC.
*a subsidiary of the CALIFORNIA ASSOCIATION OF REALTORS®*
525 South Virgil Avenue, Los Angeles, California 90020



**RCSD-S REVISED 12/21 (PAGE 2 OF 2)**

**REPRESENTATIVE CAPACITY SIGNATURE DISCLOSURE (RCSD-S PAGE 2 OF 2)**

AuthentiSign ID: FD36580D-D898-4663-8265-9B2B1EAD5728

## ADDENDUM TO EXCLUSIVE AUTHORIZATION AND RIGHT TO SALE

David M. Goodrich, the duly appointed and acting Chapter 7 Trustee ("Trustee") of the bankruptcy estate ("Estate") of La Costa Living Estates, LLC ("Debtor"), the debtor in the bankruptcy case pending in the United States Bankruptcy Court for the Central District of California, Case No. 2:22-bk-14961-DS, and Prime Equity Properties, Inc., ("Broker"), enter into this Addendum to the *Vacant Land Listing Agreement* ("Listing Agreement"), who will have the exclusive right to negotiate a sale of the real property located at 0 Sky Loft Road, Encinitas, California, 92024, County of San Diego, APN 216-110-12-00/216-100-01-00 ("Property").

1.    Addendum.  This Addendum amends certain terms and conditions in the Listing Agreement.  Notwithstanding any contrary terms and conditions in the Listing Agreement, the terms and conditions set forth in this Addendum shall apply.

2.    Bankruptcy Court Approval.  The Trustee shall not be under any obligation to perform under the Listing Agreement or this Addendum until and unless the Bankruptcy Court has approved the employment of the Broker and the terms of the Listing Agreement and the Addendum.

3.    No Liability.  The Trustee is listing the Property for sale with the Broker in his capacity as the Chapter 7 Trustee of the Estate, and not in his personal capacity, and no liability or obligations shall accrue to him personally as a result of such listing.

4.    Termination.  The Trustee may terminate the Listing Agreement at his option and upon written notice to the Broker at any time, and no liability or obligations shall accrue to the estate or to the Trustee, either personally or in his capacity as Trustee, as a result of any such termination.

5.    Abandonment.  The Trustee reserves the right, in his sole discretion, to determine not to sell the Property and to abandon the Property.  In the event of any such abandonment, the Listing Agreement and this Addendum shall terminate and no liability or obligations shall accrue to the Estate or to the Trustee, either personally or in his capacity as Trustee, as a result of any such abandonment and termination.

6.    Conditions of Sale.  The Broker agrees and understands that any sale of the Property shall be subject to the following terms and conditions:

a.    The Trustee is selling the Property in his capacity, as the Chapter 7 Trustee of the Estate, and not in his personal capacity, and no liability or obligations shall accrue to him personally as a result of any sale.

b.    If for any reason, or no reason whatsoever, the Trustee is unable to deliver possession or title to the Property to any potential purchaser, the purchaser's sole remedy shall be the return of any money that the purchaser has deposited towards the purchase of the Property.

c.    The Trustee is selling the Property on an "AS IS" condition or basis by quitclaim or bankruptcy trustee's deed without any representations or warranties whatsoever, express or implied, including, without limitation, representations or warranties as to title, oil and

AuthentiSign ID: FD36580D-D898-4663-8265-9B2B1EAD5728

mineral rights, city or government agency notifications regarding work to be done, marketability of title, ownership, physical condition, compliance with California, city or federal statutes, codes, ordinances, or regulations, geological stability, zoning, suitability for improvement, and fire insurance policies to cover any improvements on the Property, nor any assurances regarding the sub-divisibility of the Property.

        d.     The sale of the Property is subject to Bankruptcy Court approval after notice to the Debtor, all creditors, the United States Trustee, and other parties in interest, as required by the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and Local Bankruptcy Rules.

        e.     The purchaser shall, at the purchaser's sole expense, acquire any and all insurance policies that the purchaser desires to cover the Property. The Trustee does not agree to acquire or transfer any insurance policies to the purchaser.

        f.     The purchaser is to arrange for all financing of the acquisition of the Property before the close of escrow.

        g.     All escrow fees shall be shared and paid on a 50/50 basis by the Trustee and the purchaser.

        h.     The purchaser shall, at the purchaser's sole expense, install all smoke detectors, if any, as may be required by state or local law. The Trustee is not required to deliver to the purchaser a written statement of compliance with any applicable state and local law.

        i.     The purchaser shall, at purchaser's sole expense, obtain all pest control inspections and repairs that purchaser deems appropriate.

        j.     If any local ordinance requires that the Property be brought into compliance with minimum energy conservation standards as a condition of sale or transfer, the purchaser shall comply with and pay for these requirements at purchaser's sole expense.

        k.     Any sale is subject to the following conditions being satisfied before the close of escrow:

        (1)     The Trustee must prevail with respect to any objections to the proposed sale; and

        (2)     All sales are subject to overbid unless the Bankruptcy Court orders otherwise, and

        (3)     The Trustee reserves the right to reject any and all offers which in his judgment are insufficient; and

        (4)     The Bankruptcy Court must approve the sale.

        l.     The Property is being sold subject to:

Authentisign ID: FD36580D-D898-4663-8265-9B2B1EAD5728

(1)    All general and special taxes that are presently due, or may become due, regarding the Property, other than real property taxes, which shall be prorated as of the close of escrow;

(2)    The lien of supplemental taxes, if any, assessed pursuant to the provisions of Chapter 3.5 (commencing with Section 75) of the California Revenue and Taxation Code; and

(3)    Any and all easements, restrictions, rights and conditions of record and rights of way, against, on or regarding the Property.  Title, however, is to be transferred free and clear of secured claims of record.

8.    Payment of Commission. The commissions to be paid to the Broker shall only be paid from the proceeds of the sale of the Property.  If a sale is not consummated for any or no reason whatsoever, the Broker shall not be entitled to a commission. The Broker's commission may only be paid after the Bankruptcy Court approve the payment of the Broker's commission.

9.    Entire Agreement. This Addendum and the Listing Agreement, to the extent that such Listing Agreement is not contrary to the terms and conditions herein, constitute the entire contract between the parties.  All prior agreements between the parties are incorporated into this contract.  Its terms are intended by the parties as a final expression of their agreement with respect to such terms as are included herein, and may not be contradicted by evidence of any prior agreement or contemporaneous oral agreement.  The parties further intend that this agreement constitutes the complete, final and exclusive statement of its terms and that no extrinsic evidence whatsoever may be introduced in any judicial or arbitration proceeding, if any, involving this agreement.

10.    Bankruptcy Court Jurisdiction. The Bankruptcy Court shall have exclusive jurisdiction to resolve any and all disputes relating to the Listing Agreement and this Addendum.

DATED: December 1, 2022

David M. Goodrich
Chapter 7 Trustee of the Bankruptcy Estate of
LA Costa Living Estate, LLC

DATED: December 1, 2022

Prime Equity Properties, Inc

Authentisign
*Todd Frelinger*

Todd Frelinger 12/1/2022 9:18:46 AM PST

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

650 Town Center Drive, Suite 600, Costa Mesa, CA 92626

A true and correct copy of the foregoing document entitled (*specify*): APPLICATION BY CHAPTER 7 TRUSTEE TO EMPLOY PRIME EQUITY PROPERTIES, INC, AS REAL ESTATE BROKER TO MARKET AND SELL REAL PROPERTY; DECLARTION OF DAVID M. GOODRICH; STATEMENT OF DISINTERESTEDNESS IN SUPPORT THEREOF will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On December 8, 2022 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Robert S Altagen    robertaltagen@altagenlaw.com

- Stephen L Burton    steveburtonlaw@aol.com, ellie.burtonlaw@gmail.com

- David M Goodrich (TR)    dgoodrich@go2.law,
  c143@ecfcbis.com;dgoodrich11@ecf.axosfs.com;lrobles@wgllp.com

- Noreen A Madoyan    Noreen.Madoyan@usdoj.gov

- James R Selth    jim@wsrlaw.net, jselth@yahoo.com;vinnet@ecf.inforuptcy.com

- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

**2. SERVED BY UNITED STATES MAIL**:
On              , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 8, 2022 | Lorraine Robles | */s/ Lorraine Robles* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |